UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEN FEIBLEMAN,

                           Plaintiff,

         -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                         Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2019

19-CV-4327 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      Plaintiff Ben Feibleman filed the Complaint in this case on May 13, 2019, alleging that Defendant Trustees of Columbia University in the City of New York unlawfully expelled him from a graduate school program following allegations of sexual assault. On May 14, 2019, counsel for Defendant contacted Chambers and requested that the Complaint be stricken from the record pending Defendant's filing a motion to redact the Complaint on the ground that the Complaint contains the name of the alleged sexual-assault victim, photographs, and other personal information.

      The Court has temporarily deactivated the hyperlink to the Complaint on ECF, pending the Court's resolution of what, if any, redactions, are appropriate to make to the Complaint. The parties are urged to confer and enter into a stipulation on the scope of any mutually-agreeable redactions.

      Whether the parties are able to come to an agreement, Defendant must file a motion in support of any redactions no later than **May 24, 2019**. If there are areas of disagreement, Plaintiff must respond no later than **June 4, 2019**. There will be no replies. Both parties' submissions must be briefs of no more than 15 pages. Both parties' briefs must address whether

and why redactions to the Complaint are appropriate, in light of the presumption of access to the federal courts.  *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139 (2d Cir. 2016).  Any proposed redactions must be filed in the manner set forth in this Court's Individual Practices in Civil Cases, Rule 5(A).

If Plaintiff objects to the hyperlink to the Complaint remaining deactivated pending the resolution of Defendant's motion, Plaintiff may submit a letter on ECF explaining the basis for his objection.

**SO ORDERED.**

Date:  May 14, 2019
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**