UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN FEIBLEMAN,<br><br>                      *Plaintiff*,<br><br>      v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                      *Defendant*. | No. 1:19-cv-04327 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Kaplan Hecker & Fink LLP, hereby certifies that she is admitted to practice in this Court and enters an appearance as counsel of record for Defendant The Trustees of Columbia University in the City of New York in the above-captioned matter.

Dated: May 15, 2019
       New York, New York

                      Respectfully submitted,

                      By:    <u>/s/ Roberta A. Kaplan</u>
                              Roberta A. Kaplan
                              KAPLAN HECKER & FINK LLP
                              350 Fifth Avenue, Suite 7110
                              New York, New York 10118
                              Telephone: (212) 763-0883
                              Facsimile: (212) 564-0883
                              rkaplan@kaplanhecker.com

                              *Counsel for Defendant The Trustees of Columbia University in the City of New York*