

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2019



**WARSHAW BURSTEIN, LLP**
555 Fifth Avenue
New York, NY 10017
Tel: 212-984-7700
www.wbny.com

JAMES E. FIGLIOZZI, ESQ.
ASSOCIATE
ATTORNEY DIRECT DIAL: 212-984-7792
EMAIL: jfigliozzi@wbny.com

May 17, 2019

**VIA ECF AND EMAIL (CAPRONINYSDCHAMBERS@NYSD.USCOURTS.GOV)**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Feibleman v. The Trustees of Columbia University*, 19-CV-4327 (VEC)

Dear Judge Caproni:

We represent Plaintiff Ben Feibleman in the referenced matter and write on behalf of both parties to request permission from the Court to file a redacted version of the Complaint as a temporary measure while Defendant's yet-to-be-filed Motion to Redact Complaint ("Defendant's Motion") is pending. As suggested by Your Honor in the May 15, 2019 Order (ECF 13), the parties were able to reach an agreement regarding the scope of the temporary redactions. Pursuant to Your Honor's Individual Practices, Plaintiff will email to Chambers a copy of the Complaint highlighting the information to be redacted and file the redacted Complaint on ECF.

It is Plaintiff's position that the filing of the redacted Complaint as a temporary measure does not constitute a waiver of Plaintiff's position that any redactions to the Complaint are unnecessary and inappropriate; Plaintiff has only agreed to file a redacted version of the Complaint so that public access to Plaintiff's Complaint is restored (albeit on a limited basis) until Defendant's Motion is resolved. Defendant obviously disagrees and intends to file a motion to maintain these redactions as the case proceeds, pursuant to the Court's Order (ECF 6).

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

*/s/ James E. Figliozzi*

James E. Figliozzi

cc: Roberta A. Kaplan (*via* ECF)
Gabrielle E. Tenzer (*via* ECF)
Thomas A. Rawlinson (*via* ECF)

{1115334.2}

At Defense counsel's request, because the proposed redaction appears to have missed at least one name reference, the docket entry has been sealed.  The parties are directed to re-submit proposed interim redactions to the Court's inbox by **May 21, 2019**.  Going forward, the parties are advised that redacted versions of documents should not be filed on ECF until the Court has approved the proposal by granting the accompanying motion to seal or redact.

SO ORDERED.                    Date: 05/19/2019

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE