UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN FEIBLEMAN,

          *Plaintiff*,

v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

          *Defendant*.

No. 1:19-cv-4327 (VEC) (KHP)

## NOTICE OF MOTION OF DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK TO REDACT THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion of Defendant The Trustees of Columbia University in the City of New York to Redact the Complaint, the Declaration of Gabrielle E. Tenzer in Support of the Motion of Defendant The Trustees of Columbia University in the City of New York to Redact the Complaint and exhibits thereto, and all other papers and proceedings herein, Defendant The Trustees of Columbia University in the City of New York, by and through its counsel, will move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 5.2 of the Federal Rules of Civil Procedure sealing the Complaint (ECF 1) and permitting the Redacted Complaint (ECF 23) to remain on the docket.

Dated: May 24, 2019  
       New York, NY

Respectfully submitted,

By: _____  
Roberta A. Kaplan  
Gabrielle E. Tenzer  
Thomas A. Rawlinson  
KAPLAN HECKER & FINK LLP  
350 Fifth Avenue, Suite 7110  
New York, NY 10118  
(212) 763-0883  
rkaplan@kaplanhecker.com  
gtenzer@kaplanhecker.com  
trawlinson@kaplanhecker.com

*Attorneys for Defendant*  
*The Trustees of Columbia University*  
*in the City of New York*