# EXHIBIT B

**Dan Bauman** @danbauman77 · May 13

@BenFeibleman, photojournalist most recently for @reveal (per bio), has filed suit against @Columbia, alleging the U. expelled him after he was falsely accused of sexual assault by a female classmate. Feibleman alleges this female classmate actually sexually assaulted him. /1

1 3 2

**Dan Bauman** @danbauman77 · May 13

When lawsuits are made against colleges, I normally share the actual document here. However, this 98-page complaint includes photos of Feibleman's colleagues and classmates, as well as the female student mentioned prev. These students' names are also unredacted in the suit. 2/

1

**Dan Bauman** @danbauman77 · May 13

I've contemplated how best to share this info, weighing privacy against the public's right to know. For that reason, I will not share a link to the doc. I will share the docket # (1:19-cv-04327) so others can verify my sourcing.

1

**Dan Bauman**
@danbauman77

Follow

My intention is for this extra step to minimize the potential harm that comes with virality/social media to the students who are named, but who are not being sued, nor required to answer the complaint. At the same time, I won't be ignoring a matter of public significance. 4/4

2:12 PM - 13 May 2019

**1** Like

1 1

