UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BEN FEIBLEMAN                                              :
                                                           :
                             Plaintiff,      :
                                                           :
         -against-                                     :        19-CV-4327 (VEC)
                                                           :
                                                           :        NOTICE OF INITIAL
THE TRUSTEES OF COLUMBIA UNIVERSITY :        PRETRIAL CONFERENCE
IN THE CITY OF NEW YORK,                   :
                                                           :
                             Defendant.      :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2019

VALERIE CAPRONI, United States District Judge:

       Counsel for all parties are directed to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on **June 28, 2019, at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       1.     Pursuant to section 1.C of the Court's Individual Practices in Civil Cases, requests for adjournment of the IPTC or any other conference must be made in writing at least 48 hours prior to the scheduled conference. The request must state (1) the reason for the proposed adjournment; (2) the original date of the conference; (3) the number of previous requests for adjournment; (4) whether the other party or parties consent and, if not, the reason given for refusing consent; and (5) proposed alternative dates.

       2.     **Plaintiffs are encouraged to serve defendants promptly.** Requests for adjournment of the IPTC will not necessarily be granted on the ground that one or more Defendants have not been served or answered prior to the scheduled IPTC.

       3.     No later than **June 20, 2019,** the parties must submit a joint letter of no more than five pages addressing the following in separate paragraphs:

(1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s);

(2) the basis for subject matter jurisdiction;

(3) any contemplated motions; and

(4) the prospect for settlement.

4. If this case involves claims that arise under the Fair Labor Standards Act ("FLSA"), the joint letter must indicate whether the Plaintiff(s) intend to move for certification of a collective and whether the Defendant(s) intend to object to such certification. If there will be a disputed collective-certification motion, the Court will ordinarily cancel the IPTC, stay discovery, and set a schedule for briefing the motion.

5. The parties must append to their joint letter a <u>jointly</u> proposed Civil Case Management Plan and Scheduling Order. The parties are directed to consult the undersigned's Individual Practices in Civil Cases, which may be found on the Court's website: http://nysd.uscourts.gov/judge/Caproni.

6. Before the date of the IPTC, counsel for each party must (1) register as a filing user in accordance with the Procedures of Electronic Case Filing and (2) file a Notice of Appearance .

7. Plaintiff's counsel, or the defendant's counsel in removed cases, is responsible for distributing copies of this Notice to all parties.

**SO ORDERED.**

**Date:  June 11, 2019**
     **New York, New York**

                              **VALERIE CAPRONI**
                              **United States District Judge**