UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN FEIBLEMAN,<br>                   Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                   Defendant. | Civil Action No.: 19-cv-04327-VEC |

## DECLARATION OF KIMBERLY C. LAU
### IN OPPOSITION TO DEFENDANT'S MOTION TO REDACT THE COMPLAINT

I, Kimberly C. Lau, declare as follows:

1. I am admitted to practice in the Courts of the State of New York and am a member of Bar of the United States District Court for the Southern District of New York. I am a partner of the law firm Warshaw Burstein, LLP, attorneys for the Plaintiff. I am fully familiar with the facts and circumstances set forth in this declaration.

2. I respectfully submit this declaration in opposition to Defendant's motion to redact the Complaint

3. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of ▇▇▇▇▇▇▇▇▇ in Support of Plaintiff's Opposition to Defendant's Motion to Redact the Complaint, dated June 4, 2019.

---

[1] Out of an abundance of caution to maintain compliance with the Court's Endorsement Order dated May 22, 2019 (ECF 22) the name of the former-student declarant has been redacted here, in her Declaration, and in the accompanying Memorandum of Law.

{1128501.1}                                                           1

In accordance with 28 U.S.C. § 1746, I hereby declare under the penalty of that the foregoing is true and correct.

Dated: New York, New York
June 11, 2019

_____
Kimberly C. Lau