UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN FEIBLEMAN,
        Plaintiff,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

        Defendant.

### DECLARATION OF ███████████

### IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO REDACT THE COMPLAINT

I, ███████████, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a graduate from Columbia University School of Journalism Class of 2017. I know both Ben Feibleman and ███████ from my time at Columbia University.

2. On December 6, 2016, I was present at a happy hour event for the Society of Professional Journalists Columbia Chapter at Arts & Crafts Beer Parlor near Columbia's campus.[1] At the time I did not know ███████ nor was I aware of her allegations against Ben.

3. ███ was discussing her allegations against Mr. Feibleman and how she could keep Ben away from the event by being there. I heard her say something like, "Yeah, he can't come here."

4. Later, on December 10, 2016, at the school's winter formal (also an event put on

---

[1] Arts & Crafts Beer Parlor is located at 1135 Amsterdam Ave. New York, NY. 10025.

1

by the Society of Professional Journalists Columbia Chapter[2]), I was working the door and selling tickets for the event.

5. At approximately 9:15 PM, I saw Ben leaving early and asked him why he was leaving so soon. He explained that there was someone there whom he could not be around (though he did not name ▮▮▮ nor explain why). I stated that I had heard about this. When he asked if ▮▮▮ had told me about it, I responded, "She's been telling everybody."

6. In the four days between first learning about ▮▮▮'s allegations and the winter formal, multiple people provided additional information to me about ▮▮▮'s claims. Several fellow students told me that ▮▮▮ spoke with them about her allegations and the measures that Columbia took against Ben, including the rule limiting his presence when she was at an event.

7. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Springfield Missouri,
June 4, 2019

---

[2] The winter formal event was held at The Attic Rooftop & Lounge is located at 251 W 48th St. New York, NY. 10036.