# KAPLAN HECKER & FINK LLP

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

**Direct Dial: (212) 763-0884**
**Direct Email: rkaplan@kaplanhecker.com**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   06/26/2019
```

June 25, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
   Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312

**MEMO ENDORSED**

   Re:   *Feibleman v. The Trustees of Columbia University in the City of New York*,
         No. 1:19-cv-04327 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

   We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. Pursuant to Paragraph 1 of the Notice of Initial Pretrial Conference (ECF 31) and Rule 2C of Your Honor's Individual Practices in Civil Cases, we submit this letter requesting an adjournment of the Initial Pretrial Conference currently scheduled for 10:00 a.m. on June 28, 2019.

   As Your Honor is no doubt aware, Columbia's Motion to Redact the Complaint (ECF 24-25) remains pending before the Court. It just came to Columbia's attention earlier today that counsel for Jane Doe will be out of town on June 28 and therefore unable to attend the Initial Pretrial Conference to address any issues that may arise concerning the pending Motion to Redact. Columbia therefore requests that the conference be adjourned so that she can be present.

   Plaintiff does not consent because "[t]he Motion to Redact has been fully briefed and has no impact on the Initial Conference." But Rule 3A(i) of Your Honor's Individual Practices explicitly states that "[a]ll parties should be prepared to discuss at the initial pretrial conference any pending or anticipated motions." Although we obviously do not know exactly what Your Honor intends to cover at the Initial Pretrial Conference, we believe that it would not be appropriate for the Court to address the currently pending Motion to Redact, which involves disputed issues of fact concerning Jane Doe (*see, e.g.*, ECF 25 at 1-5; ECF 26-1 at 1-12; ECF 34 at 1-2, 7-11; ECF 35-1 at 1-2), without the opportunity for her counsel to be heard.

KAPLAN HECKER & FINK, LLP                                                                                                        2

      This is Columbia's first request for an adjournment.  Pursuant to Your Honor's Rules, counsel for Columbia and Jane Doe would be available for an Initial Pretrial Conference on the mornings of July 19 and 26.[1]

Respectfully submitted,

*Roberta A. Kaplan* (signature)

Roberta A. Kaplan

cc: Counsel of Record
    O. Iliana Konidaris, Esq.

---

The Court does not anticipate that Ms. Konidaris' presence will be necessary at the initial conference.  Columbia's request to adjourn is therefore denied.

SO ORDERED.                    Date: 06/26/2019

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] Unfortunately, I am unavailable on July 12 due to my son's Bar Mitzvah.