UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:   06/28/2019             │
└─────────────────────────────────────┘
```

BEN FEIBLEMAN

_____

                              Plaintiff(s),
              -v-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

_____

                              Defendant(s).
--------------------------------------------------------------X

<u>19</u> -CV- <u>4327</u> (VEC)

CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING
ORDER

This Civil Case Management Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.   All parties [consent _____ / do not consent __X__ ] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. [*If all parties consent, the remaining paragraphs need not be completed. In addition, they shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge, within three days of submitting this Proposed Case Management Plan and Scheduling Order.*]

2.   Except for amendments permitted by Fed. R. Civ. P. 15(a)(1) and this Court's Individual Practices in Civil Cases ("Individual Practices"), amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within __30__ days from the date of this Order. [*Absent exceptional circumstances, a date not more than 30 days following the initial pretrial conference.*]

3.   Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than __14__ days from the date of this Order. [*Absent exceptional circumstances, a date not more than 14 days following the initial pretrial conference.*]

4.   [*If applicable*] The plaintiff(s) shall provide HIPAA-compliant medical records release authorizations to the defendant(s) no later than July 26, 2019_____.

5.    Discovery    (Jan 31, 2020)    September 26, 2019, or if
                                     Defendant's Motion to Dismiss
                                     is denied, 90 days after the
                                     decision denying the motion is
                                     entered, with respect to the
                                     issues addressed in that motion.

   a.   All fact discovery shall be completed no later than _____.
        date not more than 90 days following the initial pretrial conference, unless the Court
        finds that the case presents unique complexities or other exceptional circumstances.]

   b.   All expert discovery, including reports, production of underlying documents, and
        depositions, shall be completed no later than March 31 2020 . [Absent
        exceptional circumstances, a date not more than November 11, 2019, or if Defendant's motion to dismiss is
        5(a) (i.e., the completion of all fact discovery).] denied, 135 days after the decision denying that motion is
        entered with respect to the issues addressed in that motion.

   c.   Within two weeks of the date of entry of this Scheduling Order, the parties shall meet
        and confer in person to agree upon a joint plan for meeting the discovery deadlines.

   d.   In the case of discovery disputes, the parties should follow Local Civil Rule 37.2 with
        the following modifications: Any party wishing to raise a discovery dispute with the
        Court **must first meet and confer in good faith** with the opposing party, in person,
        or by telephone, in an effort to resolve the dispute. If this process fails and the
        Court's intervention is required, the parties must jointly call Chambers to schedule a
        joint teleconference with the Court for prompt resolution of the dispute. The Court
        will determine during the teleconference whether additional submissions will be
        required.

6.    Counsel for the parties believe the following alternative dispute resolution mechanisms
      may be helpful in resolving this case (check all that apply):

        _____    Immediate referral to the District's Mediation Program

        _____    Immediate referral to a Magistrate Judge

        _____    Referral to the District's Mediation Program after the close of fact
                   discovery

        _____    Referral to a Magistrate Judge after the close of fact discovery

        _____    Other

7.    This case [is  X  / is not _____ ] to be tried to a jury.

8.    Other issues to be addressed at the Initial Pretrial Conference, including those set forth in
      Fed. R. Civ. P. 26(f)(3), are set forth below.
      Defendant's Partial Motion to Dismiss
      Defendant's Partial Motion to Stay Discovery
      Extended dates for Items 2, 3, 5.a., and 5.b. as noted in the Joint Letter dated June 20, 2019

9.      This Order may not be modified or the dates herein extended except by further Order of
        the Court for good cause shown.  Unless the Court orders otherwise, parties engaged in
        settlement negotiations must pursue settlement and conduct discovery simultaneously.
        Parties should not assume that they will receive an extension of an existing deadline if
        settlement negotiations fail.  Any application to modify or extend the dates herein shall
        be made by written application no later than two business days before the date sought to
        be extended in accordance with the Court's Individual Practices.

10.     The next pretrial conference is scheduled for ~~September 27, 2019~~ _Jan. 31, 2020_ at _10 a.m._ in
        Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New
        York 10007.  [_Unless otherwise ordered, 10:00 a.m. on the first Friday after the deadline
        for completion of all fact discovery as set forth in paragraph 5(a)._]

        By Thursday of the week prior to that conference, the parties shall submit a joint letter
        regarding the status of the case.  The letter should include the following information in
        separate paragraphs:
        a.  a statement of all existing deadlines, due dates, and/or cut-off dates;

        b.  a brief description of any outstanding motions;

        c.  a brief description of the status of discovery and of any additional discovery that
            needs to be completed;

        d.  a statement describing the status of any settlement discussions and whether the parties
            would like a settlement conference;

        e.  a statement of the anticipated length of trial and whether the case is to be tried to a
            jury;

        f.  a statement of whether any party anticipates filing a motion for summary judgment or
            a motion to exclude expert testimony;

        g.  any other issue that the parties would like to address at the pretrial conference; and

        h.  any other information that the parties believe may assist the Court in advancing the
            case to settlement or trial.

Counsel for the Parties:

_____          _____
Kimberly Lau                             Roberta A. Kaplan

**SO ORDERED.**

Date:  6 . 28 . 19                        _Valerie G_____
        **New York, New York**           **VALERIE CAPRONI**
                                         **United States District Judge**

3