```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  BEN FEIBLEMAN,                                               :
                                                               :
                                    Plaintiff,                 :
                                                               :
              -against-                                        :    19-CV-4327 (VEC)
                                                               :
                                                               :          ORDER
  THE TRUSTEES OF COLUMBIA UNIVERSITY                          :
  IN THE CITY OF NEW YORK,                                     :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2019

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an initial conference before the Court on June 28, 2019;

WHEREAS the Complaint has been temporarily sealed pending resolution of Defendant's motion for redaction or pseudonymization, Dkt. 6;

WHEREAS Plaintiff opposes redaction and pseudonymization but has agreed to temporary redactions pending resolution of Defendant's motion, Dkt. 17;

WHEREAS Defendant intends to move to dismiss, by July 15, 2019, five of the seven causes of action alleged in the Complaint, Dkt. 37; and

WHEREAS Defendant proposes limiting discovery to issues relevant to claims that are not subject to the anticipated motion to dismiss, namely selective enforcement under Title IX and gender discrimination under New York City law ("Discrimination Claims"), Dkt. 37;

IT IS HEREBY ORDERED, for the reasons stated at the conference, that the names of all non-parties that the parties have temporarily redacted shall be pseudonymized in this case until further order. The parties are directed to meet and confer on a set of pseudonyms for all of the non-parties, which is to be applied in all case-related filings until further order. Plaintiff must

file a pseudonymized version of the Complaint on or before **July 12, 2019**.  A list of the pseudonyms and the corresponding names must be sent to the Court and filed with Sealed Records.  The Clerk of Court is respectfully directed to terminate docket entry 24.

IT IS FURTHER ORDERED that Plaintiff's opposition to Defendant's motion to dismiss (or his Amended Complaint, should he choose to file an Amended Complaint) shall be due on **August 30, 2019**.  Defendant's reply shall be due **September 20, 2019**.

IT IS FURTHER ORDERED that discovery is stayed as to any information that is not relevant to the Discrimination Claims, until the Court resolves Plaintiff's anticipated motion to dismiss or orders otherwise.  Regardless, Plaintiff may not depose Jane Doe without leave of Court.  On the first business day of each month, starting in August 2019, the parties must submit a joint report on the status and progress of discovery, including any disputes or issues that may require the Court's intervention.

**SO ORDERED.**

**Date:  June 28, 2019**  
       **New York, New York**

_/s/ Valerie Caproni_  
**VALERIE CAPRONI**  
**United States District Judge**