

WARSHAW BURSTEIN, LLP
555 Fifth Avenue
New York, NY 10017
Tel: 212-984-7700
www.wbny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2019

KIMBERLY C. LAU, ESQ.
PARTNER
ATTORNEY DIRECT DIAL: 212-984-7709
EMAIL: klau@wbny.com

July 12, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Feibleman v. The Trustees of Columbia University in the City of New York*, No. 1:19-cv-04327 (VEC)

Dear Judge Caproni:

We represent Plaintiff in the referenced matter and write on behalf of both parties to request a brief extension of time to file a pseudonymous version of the Complaint. The parties have been working on an agreement regarding the pseudonyms to be used for non-parties and the extent of continued redactions. While progress has been made, the parties require additional time to reach a complete agreement.

Pursuant to Your Honor's Order dated July 1, 2019 (ECF 43), Plaintiff is required to file the pseudonymous version of the Complaint today. The parties request an extension of time until July 19, 2019 for Plaintiff to file the pseudonymous version of the Complaint. This is the first request for an extension of time to file the pseudonymous Complaint.

Your Honor's attention to this request is greatly appreciated.

Respectfully submitted,

Kimberly C. Lau

---

Application GRANTED.

SO ORDERED.        Date: 07/15/2019

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE