UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN FEIBLEMAN,<br><br>       *Plaintiff*,<br><br>  v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>       *Defendant*. | No. 1:19-cv-04327 (VEC) (KHP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Kaplan Hecker & Fink LLP, hereby certifies that she is admitted to practice in this Court and enters an appearance as counsel of record for Defendant The Trustees of Columbia University in the City of New York in the above-captioned matter.

Dated:  July 19, 2019
   New York, New York

        Respectfully submitted,

      By: /s/ Jenna M. Dabbs
        Jenna M. Dabbs
        KAPLAN HECKER & FINK LLP
        350 Fifth Avenue, Suite 7110
        New York, New York 10118
        Telephone: (212) 763-0883
        Facsimile: (212) 564-0883
        jdabbs@kaplanhecker.com

      *Counsel for Defendant The Trustees of Columbia University in the City of New York*