```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/19/2019
```



**MEMO ENDORSED**

| | |
|---|---|
| From: | Roberta Kaplan |
| To: | CaproniNYSDchambers@nysd.uscourts.gov; klau@wbny.com; jfigliozzi@wbny.com; Gabrielle E. Tenzer; Tom Rawlinson |
| Cc: | Jenna Dabbs; Hirshman, Michele |
| Subject: | RE: 19-cv-04327, Feibleman v. The Trustees of Columbia University In The City of New York |
| Date: | 07/19/2019 10:47 AM |

Dear Mr. Cheung:

Unfortunately, Michele, Gabrielle and I are all out of town or unavailable and none of us can be in court in person today at 3 p.m. (Michele is with her parents at a nursing home; Gabrielle is with her mother who just had surgery; and I am out of town and cannot get back in time.)

However, I can send one of my law partners (Jenna Dabbs) to be there today at 3:00 p.m.

Alternatively, if you want someone who is more familiar with the case, I can be there first thing Monday morning.

Respectfully submitted,

Robbie

**Roberta Kaplan | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0883
rkaplan@kaplanhecker.com

---

The status conference is hereby adjourned to **2:00 P.M. on Monday, July 22, 2019**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

The Court advises the parties to reconsider whether they can resolve the dispute over pseudonyms without judicial intervention.

SO ORDERED.                    Date: 07/19/2019

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE