USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2019

**MEMO ENDORSED**

| | |
|---|---|
| **From:** | Lau, Kimberly |
| **To:** | CaproniNYSDchambers@nysd.uscourts.gov |
| **Cc:** | Gabrielle E. Tenzer; Jenna Dabbs; Figliozzi, James E.; Hirshman, Michele; Roberta Kaplan; Tom Rawlinson |
| **Subject:** | RE: 19-cv-04327, Feibleman v. The Trustees of Columbia University In The City of New York |
| **Date:** | 07/22/2019 12:55 PM |

Dear Judge Caproni,

After further discussions, the parties have arrived at an agreement on pseudonyms for the non-party student witnesses in the complaint. We no longer require the Court's intervention in this matter and kindly request that the Court cancel today's appearance at 2:00 p.m. We would like to request until the close of business Wednesday, July 24, 2019, to file our revised pseudonymized complaint. Thank you for your attention to this matter.

Regards,
Kimberly

---

Application GRANTED.

SO ORDERED.                    Date: 07/22/2019

*[Signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE