# KAPLAN HECKER & FINK LLP

**Direct Dial: (929) 294-2536**
**Direct Email: gtenzer@kaplanhecker.com**

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

August 9, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Feibleman* v. *The Trustees of Columbia University in the City of New York*,
No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. On August 1, 2019, the parties submitted a Joint Report on the Status and Progress of Discovery ("Joint Report") (ECF 59). We write on behalf of the parties to jointly provide a brief update on one item mentioned in the Joint Report.

Among other things, the Joint Report indicated that the parties planned to submit to the Court a stipulated Protective Order and a stipulated ESI Protocol by today, August 9, 2019. (Joint Report at 2.) The parties are working diligently on these documents, but require more time to reach agreement. Accordingly, the parties have agreed to push back the date for submitting these documents to Friday, August 16, 2019.

Respectfully submitted,

Gabrielle E. Tenzer

cc: Counsel of Record