UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN FEIBLEMAN,<br>    Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>    Defendant. | Civil Action No.: 19-cv-04327-VEC |

## DECLARATION OF KIMBERLY C. LAU
## IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Kimberly C. Lau, declare as follows:

1. I am admitted to practice in the Courts of the State of New York and am a member of Bar of the United States District Court for the Southern District of New York. I am a partner of the law firm Warshaw Burstein, LLP, attorneys for the Plaintiff. I am fully familiar with the facts and circumstances set forth in this declaration.

2. I respectfully submit this declaration in opposition to Defendant's Motion to Dismiss

3. Attached hereto as **Exhibit A** is a true and complete copy of the transcript of the thirty minute and forty-nine second audio recording that Plaintiff made at 1:37 a.m. on October 5, 2016.

{1154568.1 }  1

In accordance with 28 U.S.C. § 1746, I hereby declare under the penalty of that the foregoing is true and correct.

Dated: New York, New York
August 30, 2019

_____
Kimberly C. Lau