UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BEN FEIBLEMAN,<br>            **Plaintiff,**<br><br>      v.<br><br>THE TRUSTEES OF COLUMBIA<br>UNIVERSITY IN THE CITY OF NEW<br>YORK,<br><br>            **Defendant.** | Civil Action No.: 19-cv-04327-VEC |

## DECLARATION OF KIMBERLY C. LAU
## IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Kimberly C. Lau, declare as follows:

1.      I am admitted to practice in the Courts of the State of New York and am a member of Bar of the United States District Court for the Southern District of New York.  I am a partner of the law firm Warshaw Burstein, LLP, attorneys for the Plaintiff.  I am fully familiar with the facts and circumstances set forth in this declaration.

2.      I respectfully submit this declaration in opposition to Defendant's Motion to Dismiss

3.      Attached hereto as **Exhibit A** is a true and complete copy of the transcript of the thirty minute and forty-nine second audio recording that Plaintiff made at 1:37 a.m. on October 5, 2016.

In accordance with 28 U.S.C. § 1746, I hereby declare under the penalty of that the foregoing is true and correct.

Dated: New York, New York
August 30, 2019

Kimberly C. Lau