1

***** CONFIDENTIAL ****

Ben Feibleman and ██COMPLAINANT██

10/5/2016 1:37 a.m.

Location: ██COMPLAINANT██'s apartment, 114th Street

1       Start recording 1:37 a.m.

2       BEN:  It's all right.

3       COMPLAINANT:  You don't want to fuck me?

4       BEN:  I do.  I don't want to fuck you when you're drunk.

5       COMPLAINANT:  I'm not drunk.

6       BEN:  Yeah.

7       COMPLAINANT:  You're not drunk?

8       BEN:  No, I'm not drunk enough to fuck you when you're

9  drunk.

10      COMPLAINANT:  [Inaudible].

11      BEN:  Hmm?

12      COMPLAINANT:  That's a good thing.

13      BEN:  Yeah.

14      COMPLAINANT:  I'm not that drunk.

15      BEN:  Well --

16      COMPLAINANT:  You actually wanna fuck me?

17      BEN:  Oh my god, so bad.

18      COMPLAINANT:  Why is that?

19      BEN:  Well, because you're beautiful.  Because I've wanted

20  you since the moment I saw you --

21      COMPLAINANT:  No you haven't.  You're a liar.

22      BEN:  I'm a liar?

23                          [1:00]

24      COMPLAINANT:  Yes, you're a liar.

25      BEN:  What am I lying about?

1    ▓COMPLAINANT▓:  You do not want me; you think that I'm gross.

2    BEN:  I don't think you're gross at all.

3    ▓COMPLAINANT▓:  No, you're lying.

4    BEN:  I think you're gorgeous.

5    ▓COMPLAINANT▓:  No you don't, you're just being nice.  Because

6    we're here.

7    BEN:  I'm never not -- I'm never just nice with things like

8    that.  I'm actually quite a dick.

9    ▓COMPLAINANT▓:  I don't think that you're a dick, I think that

10   you're a nice person and that you're masquerading.

11   BEN:  Yeah?  What am I masquerading?

12   ▓COMPLAINANT▓:  You're not a dick.

13   BEN:  You know my secret.  I'm not actually a dick.

14   ▓COMPLAINANT▓:  No, I know that.  You're a good person.  You hide.

15   BEN:  Hmm…

16   ▓COMPLAINANT▓:  Yes, you do.

17   BEN:  Oh, yeah.  Yeah.  Yeah, I do.  I do.

18   ▓COMPLAINANT▓:  Do you trust me?

19   BEN:  Yeah, I trust you.

20   ▓COMPLAINANT▓:  Why?

21   BEN:  Because -- I don't know.  I felt like -- like, well

22   -- why shouldn't I trust you?

23   ▓COMPLAINANT▓:  You don't trust everybody, though.

24

25                    [2:00]

4

1       BEN:  No, I don't trust everybody.

2       COMPLAINANT:  Do you trust half people?

3       BEN:  Half people?  Or, half of people?

4       COMPLAINANT:  Yeah.

5       BEN:  Hmm… I've often been quick to trust, and it leads to

6   embarrassments or something like that.  It doesn't mean that I

7   have this big thing about betrayal, it's just about, kind of

8   like, if I open up around people sometimes I just end up

9   embarrassing myself.

10      COMPLAINANT:  (Inaudible).

11      BEN:  How are you, though?  Are you okay?

12      COMPLAINANT:  Mmhmm… you don't want to fuck me?

13      BEN:  I want to fuck you real bad.

14      COMPLAINANT:  (Inaudible).  I don't get why you stopped?

15      BEN:  I stopped because you're tired and you've been

16  drinking and Roommate knows that, too.

17      COMPLAINANT:  I'm here.

18      BEN:  I know.  But if you were sober and inviting me into

19  your room, and Roommate went to bed --

20      COMPLAINANT:  You're in my room, aren't you?

21      BEN:  I am --

22      (Crosstalk, inaudible).

23      BEN:  She is.  But I don't want --

24      COMPLAINANT:  (Sighs).

25

1                          [3:00]

2      BEN:  When our mutual friends ask if you got home safe and

3 they ask ▮Roommate▮ --

4          ▮COMPLAINANT▮:  I'm here safe.

5      BEN:  Yeah, you're home safe, but that also kind of

6 implies, "Ben, don't fuck her, she's not sober."

7          ▮COMPLAINANT▮:  Mmmmm… even though you want to.

8      BEN:  Yes, I want to.

9          ▮COMPLAINANT▮:  (Gasp).

10     BEN:  And I know exactly how I'm going to.

11         ▮COMPLAINANT▮:  Tell me.  Tell me.

12     BEN:  I'm gonna be in command of you.

13         ▮COMPLAINANT▮:  Yeah?

14     BEN:  Yeah.  You come to my room.  You lay down on my bed,

15 and you'll belong to me until I'm finished with you.

16

17                          [4:00]

18         ▮COMPLAINANT▮:  Show me.

19     BEN:  Show you?

20         ▮COMPLAINANT▮:  Yeah.

21     BEN:  Not tonight.

22         ▮COMPLAINANT▮:  Not tonight?

23     BEN:  If you really want me, you're gonna want me tomorrow.

24         ▮COMPLAINANT▮:  Show me, please.

25     BEN:  I can't show you.

1      COMPLAINANT:  Yes, you can.

2      BEN:  Not tonight I can't.

3      COMPLAINANT:  I know you want to.

4      BEN:  You've already felt me.  You know how bad I want you.

5      COMPLAINANT:  You know you want it.

6      BEN:  I know I want you, too.

7      COMPLAINANT:  Show me.

8      BEN:  Show you?

9      COMPLAINANT:  Yeah. (Inaudible).

10     BEN:  We'd go into your room -- into my room.  And I'd lay

11     you down.  Actually no, I'd sit you down on the bed.  And you'd

12     sit up, looking at me.  And I walk up, your legs are open.  And

13     I stand between your legs, and you look up at me, and I'm

14     looking down at you.  And I touch your face, just like this.

15     But I'm also controlling you.

16

17                        [5:00]

18     BEN:  And you feel it. (Inaudible) when I bend down, to

19     give you a kiss.  A taste of things to come.  And I grab you by

20     hair.  I'll make it hurt, just a little just enough so that you

21     know I'm in charge.  And I'll touch you.  And I'll explore you

22     to feel how wet you are.

23

24                        [6:00]

25     BEN:  And it will go from there, but it will have to be

1    there, and it will have to be then.  It can't be tonight.  No

2    matter how bad we want each other.

3         God, you think I haven't thought about you?

4         COMPLAINANT:  No.

5         BEN:  You really think I haven't been thinking about you.

6    You're wrong.  You're wrong.

7

8                         [7:00]

9         BEN:  Well, haven't you found your aggressive streak!  Is

10   this the same one that slapped me and told me --

11        COMPLAINANT:  Yeah.

12        BEN:  -- told me I'm a jackass, or whatever you said.

13   Nope!  Nope! (Inaudible) come to my bed and I'll tie you up

14   completely.

15        COMPLAINANT:  Yeah?

16        BEN:  Yeah.

17

18                         [8:00]

19        BEN:  Try new things (inaudible) actually feel each other.

20   I'm going to go now.

21        COMPLAINANT:  No.

22        BEN:  Yes.  I'm gonna go now.

23        COMPLAINANT:  Why?  I know you don't want to.

24        BEN:  In the morning, you're gonna thank me for leaving.

25        COMPLAINANT:  No.

8

1       BEN:  Yes.

2       COMPLAINANT:  I know you don't wanna leave.

3       BEN:  I know you know I don't wanna.  I know you know how I

4  want you, but I'm gonna be gentleman enough to make sure that

5  when we finally fuck you --

6       COMPLAINANT:  (Crosstalk) I don't give a shit about…

7       BEN:  (Crosstalk) that when I finally fuck you, you won't

8  be too tired, and you won't be drunk.

9

10                          [9:00]

11      COMPLAINANT:  I'm obviously not too tired.  You know what I want,

12  I'm here.  You know what I want.

13      BEN:  I know what you want.

14      COMPLAINANT:  (Crosstalk) Yeah you do.

15      BEN:  You want what I want.

16      COMPLAINANT:  I know what you want.  We're together.

17      COMPLAINANT:  I know.  I know what you want.

18      BEN:  What do I want?

19      COMPLAINANT:  You want to fuck me.

20      BEN:  Yeah, that's what I want.

21      COMPLAINANT:  Hard.

22      BEN:  Yes, hard.  Rough.

23      COMPLAINANT:  Yeah, rough.  Oh…

24      BEN:  It's gonna have to wait, COMPLAINANT.

25      COMPLAINANT:  No. You don't want to wait.

1      BEN:  I know I don't want to wait.

2

3                        [10:00]

4      BEN:  If I'm gonna fuck you I'm gonna come with a full

5   battery of energy.

6      COMPLAINANT:  Yeah?

7      BEN:  Yeah.

8      COMPLAINANT:  Yeah.

9      BEN:  Because I'm not gonna stop for a while.

10     COMPLAINANT:  Yeah?  If that's what you want.

11     BEN:  I'd be doing you a disservice to fuck you now.  To

12  fuck you here.

13     COMPLAINANT:  No, it wouldn't be.

14     BEN:  Is that what you want?

15     COMPLAINANT:  If that's what you want.  You just let me know.

16

17                        [11:00]

18     BEN:  Fuck!  You stroking my cock like this.

19     COMPLAINANT:  I don't know what you want.

20     BEN:  You know that I desire you.

21     COMPLAINANT:  I just -- I just --

22     BEN:  You want me inside you?

23     COMPLAINANT:  Yeah.

24     BEN:  I'm gonna have to leave you now.

25     COMPLAINANT:  You don't want to.

10

1

2                              [12:00]

3      BEN:  It'll be better if we wait.  So much better. 'Cause

4  I'll be able to fuck you harder if I know that you want me

5  sober, and I don't know --

6      COMPLAINANT:  You know that I'm right here.

7      BEN:  You being right here isn't enough.

8      COMPLAINANT:  You know that I like hard sex.

9      BEN:  I know that you like hard sex.

10  (Cross talk.)

11      COMPLAINANT:  You know that I like rough sex.

12      BEN:  Yes.

13      COMPLAINANT:  Which is what you like.

14      BEN:  Yeah, that's what I like -- I wanna give you that.

15      COMPLAINANT:  Yeah, show me.  I know you wanna show me.

16

17                              [13:00]

18      BEN:  I'll fuck you better in my bed.

19      COMPLAINANT:  Mmm.

20      BEN:  I have to get up early.

21      BEN:  Let me tuck you in, get you a glass of water,

22  alright?  You want some water?  I'm gonna get you some anyways.

23  I'll let myself out, ok?

24      COMPLAINANT:  No. I can't let you go.  It's gonna be shit.

25      BEN:  It's gonna be shit?

11

1    ███████: Yeah.  Please have sex with me.  Please.  I know

2    you want to.

3        BEN:  I know you know I want to.

4

5                            [14:00]

6        ███████:  Please because I can't let you go without it.

7    Please.  I know you want to.

8        BEN:  I wanna do it right.

9        ███████:  I'm here.  It's right.  You're tucking me in and

10   stuff.

11       BEN:  You being here is not right enough.  You're gonna

12   have to come to my place.

13       ███████:  No.  I'm an independent lady, so come to my place.

14   Please.  Please?

15       BEN:  I have to go.  I have to get up early.

16       ███████:  I do, too.

17       BEN:  I have to go home and jerk off, thinking of you.

18       ███████:  Or -- Or --

19                            [15:00]

20       BEN:  There is no "or".  This is what must be done.

21       BEN:  Bed time.  That's your pen, Madam.

22       ███████:  (Inaudible).

23       BEN:  Give me a kiss good night.

24       ███████:  No.

25       ███████:  Here, Ben.  You don't want to fuck me and that

1   disappoints me.  I'm here, in my state of mind.

2        BEN:  I know you are.

3        ▉COMPLAINANT▉:  Fuck you.

4        BEN:  [Laughs].

5

6                        [16:00]

7        ▉COMPLAINANT▉:  You hate me.

8        BEN:  I wouldn't say that.  I have to go home.

9        ▉COMPLAINANT▉:  Fuck.  Aww, fucks... Fuck.

10       BEN:  Are you okay?

11       ▉COMPLAINANT▉:  Oh, shit.  Fuck… Oh, shit.

12       BEN:  Okay, ▉Complainant▉.

13       ▉COMPLAINANT▉:  No, wait.

14       BEN:  I need to go.

15       ▉COMPLAINANT▉:  I know that you need to go to sleep, but -- no, aw,

16  fuck.  Jesus Christ.

17       BEN:  It's more than that.

18       ▉COMPLAINANT▉:  Oh Christ!

19       BEN:  I can't have these moments, if I'm in the middle of

20  fucking you where you suddenly realize where you are.

21       ▉COMPLAINANT▉:  Jesus Christ.  Okay.  Wait.  No.  No.  No.  No.  N.

22  No.  No.  No, wait.  No.  What's going on?

23       BEN:  Um… you want me to have sex with you.

24

25                        [17:00]

1    COMPLAINANT:  Oh, fuck.  Okay.

2    BEN:  Can I go home?

3    COMPLAINANT:  No.  Wait, no.

4    BEN:  I wanna make sure that you're okay.

5    COMPLAINANT:  Oh, fuck.

6    BEN:  And I do --

7    COMPLAINANT:  We're in my apartment, right?

8    BEN:  Yes.

9    COMPLAINANT:  Aw, fuck.

10   BEN:  So glad we're not having this conversation at mine.

11   COMPLAINANT/BEN:  [Hearty laughter.]

12   BEN:  That would be a bad --

13   COMPLAINANT:  Wait, come snuggle.  I love snuggling.

14   BEN:  Okay.  That I can do for a few minutes.

15   COMPLAINANT:  Hey, Ben!  Wait, I don't have pants on, is that

16   weird?

17   BEN:  That's fine.  You're beautiful.

18   COMPLAINANT:  Awww!  I think you're beautiful, too!

19   BEN:  Awww.  I like this -- I like this COMPLAINANT.

20   COMPLAINANT:  Wait, why?

21   BEN:  'Cause you were realllllly tired.  It's like you kind

22   of snapped out of it.

23   COMPLAINANT:  I -- uh, I think I just woke up.  How long -- I

24   don't want to sound rude.  How long have you been here?

25   BEN:  Uh -- pffff… in this bed?

14

1     COMPLAINANT:  Oh, my God.

2     BEN:  Maybe, half an hour?  And hanging out with you out

3     there for an hour with Roommate.

4

5                         [18:00]

6     COMPLAINANT:  Oh, my God.

7     BEN:  And she went to bed, knowing that you were drunk, and

8     I don't want her to think I fucked you when you were drunk.  I

9     don't want to fuck you when you're drunk.

10    COMPLAINANT:  I don't have any pants on though.

11    BEN:  Would you like to put them on?

12    COMPLAINANT:  Did I take them off?

13    BEN:  Yes.

14    COMPLAINANT:  That sounds like a lie.

15    BEN:  Mmmmmmm… you say that.

16    COMPLAINANT:  Sorry.

17    BEN:  We were making out for a while, nothing happened.

18    COMPLAINANT:  Oh, my God.  I'm sorry.

19    BEN:  Really?

20    COMPLAINANT:  Sorry.  What?  Wait, really what?

21    BEN:  Like --

22    COMPLAINANT:  I don't wanna, like impose myself on you.

23    BEN:  No... umm… you wouldn't be.  Well, it's a matter of I

24    want you.  I think you want me.  I want us to be energized and

25    sober and have the sun up on our backs when, if something does

15

1  happen.

2

3                          [19:00]

4       COMPLAINANT:  Eww!  You wanna bone in the light?

5       BEN:  [Laughter] Well --

6       COMPLAINANT:  Horrible!

7       BEN:  I -- uh…

8       COMPLAINANT:  Have you been wearing your vest the entire time!

9       BEN:  Yeah.

10      COMPLAINANT:  Horrible!

11      BEN:  And I don't want it to be 2:00 in the morning and us

12  be drunk.

13      COMPLAINANT:  Is it 2:00 in the morning.

14      BEN:  Mhmm.  And I gotta get to class.

15      COMPLAINANT:  Awwwww… I have to get to class at 10:30.  I can't

16  believe -- wait, I mean -- oh, fuck.

17      BEN:  I told you earlier, you asked me what I want.  Well,

18  I said, I want -- I'm gonna go home, and you're gonna go to

19  sleep, and in the morning you're going to thank me for not

20  taking advantage of you.

21      COMPLAINANT:  Or I'm gonna apologize.

22      BEN:  You will.

23      COMPLAINANT:  Ha ha ha!

24      BEN:  You will!

25      COMPLAINANT:  Nooo, wait, do you think poorly of me?

1        BEN:  No.  Um… it's super hot --

2        COMPLAINANT:  Wait!  What's super hot?  Me just like, being a

3    shit show?

4

5                              [20:00]

6        BEN:  No.  Uh… you like pulling me on top of you and -- and

7    making me tell you all the things I want to do to you.

8        COMPLAINANT:  I did not do that.

9        BEN:  It was pretty hot.

10       COMPLAINANT:  No, I didn't do that.

11       BEN:  You and I have been like sneaking kisses all night,

12   none of this is --

13       COMPLAINANT:  We have!?

14       BEN:  Oh, yeah!

15       COMPLAINANT:  Oh, fuck!  Wait -- how long have?  How long?  Wait,

16   no -- just keep snuggling.  I need more information.

17       BEN:  Okay.

18       COMPLAINANT:  Come on!  Keep snuggling.

19       BEN:  Okay.

20       COMPLAINANT:  How long has this been happening.

21       BEN:  About thirty minutes.

22       COMPLAINANT:  Wait, no it hasn't, cause I have information.

23   Sneaking kisses.

24       BEN:  Oh, that?  Just tonight.

25       COMPLAINANT:  How?

1    BEN:  Since we left the -- uh… event.

2    COMPLAINANT:  Oh, fuck.  I've been drunk for so many hours.

3    BEN:  Yeah.

4    COMPLAINANT:  Wait, no, tell me.

5

6                        [21:00]

7    BEN:  I mean, you like, put your arm around me and gave me

8    little kisses when no one was looking.  And when we were finally

9    looking for the cat, I kissed you back.

10   COMPLAINANT:  Wait, where's the cat?

11   BEN:  And then we made out on top of a water tower.

12   COMPLAINANT:  Oh!  That's --

13   BEN:  Do you remember this?

14   COMPLAINANT:  That's very sexy.

15   BEN:  Um… except for the 150 foot drop at the edge.

16   COMPLAINANT:  Boo.

17   BEN:  And it was a 45 degree roof and you insisted.

18   COMPLAINANT:  That sounds hot!

19   BEN:  Oh, it was hot.  It was super hot.  It was super

20   terrifying.

21   COMPLAINANT:  Boo.

22   BEN:  You called me a huge pussy like a million times.

23   COMPLAINANT:  It sounds like you were being a huge pussy.  I

24   agree with my past self.  I would have high-fived my past self.

25   Is the cat okay?

18

```
 1      BEN:  Cat's fine.

 2      BEN:  He's so adorable.

 3      COMPLAINANT:  Hmm… And then what's happened since then?

 4      BEN:  Umm… We made out, I sucked your tits --

 5      COMPLAINANT:  Oh!

 6      BEN:  They were nice!

 7      COMPLAINANT:  Ehh… they're too small.

 8      BEN:  What?

 9                          [22:00]

10      COMPLAINANT:  They used to be bigger.

11      BEN:  Are you nuts?

12      COMPLAINANT:  They used to be bigger and now they're not.

13      BEN:  Oh, my God, you're bangin'.  You're body is fucking

14  amazing.  Your hip bones --

15      COMPLAINANT:  Oh, gross!  Ew, that's just because I lost weight.

16      BEN:  No, this spot right here.

17      COMPLAINANT:  No, I know, it's because --

18      BEN:  Yeah, but I like to grab it.

19      COMPLAINANT:  Oh, well -- I suppose you could show me that in

20  action.

21      BEN:  Mhmm.  It's gonna have to wait, though.

22      COMPLAINANT:  You suck.

23      BEN:  You understand, though, right?

24      COMPLAINANT:  No.

25      BEN:  Well, you see how you kind of just woke up now?
```

19

1    COMPLAINANT:  Yeah.

2    BEN:  Well, can you imagine if I was inside you?

3    COMPLAINANT:  Mmmm…

4    BEN:  Which you wanted me to do, I mean I wanted to do, we

5    both wanted to do ten minutes ago, and if you had been inside

6    you when you were like, "Wait, what are you doing here, what the

7    fuck are you doing here?"

8    COMPLAINANT:  But I'm awake now.

9    BEN:  Um, yeah… God, you're beautiful.

10

11                      [23:00]

12                  [Inaudible whispering]

13   BEN:  Please what?

14   COMPLAINANT:  Please.

15   BEN:  Please fuck you?

16   COMPLAINANT:  Yeah.

17   BEN:  Fuck!

18   BEN:  If you still want me to fuck you tomorrow --

19   COMPLAINANT:  No, I'm asking you now.

20   BEN:  Or the day after?  If it is a standing invitation, I

21   will accept.

22   COMPLAINANT:  That sucks.

23   BEN:  Yeah.

24   COMPLAINANT:  I'm here now.

25   BEN:  Yeah, but you weren't ten minutes ago, and if you

20

1   were suddenly here now again in ten minutes --

2        COMPLAINANT:  You suck.

3        COMPLAINANT:  Do you want me to wait ten minutes?

4        BEN:  No, I want you to wait 24 hours.

5

6                        [24:00]

7        COMPLAINANT:  Boo.  That sucks.

8        BEN:  I think you can muster the courage.

9        COMPLAINANT:  I think you wanna fuck me.

10       BEN:  I do want to fuck you now.

11       COMPLAINANT:  So do it… Muster the courage.

12       BEN:  You know how bad I wanna hold you down and fuck you

13  hard?

14       COMPLAINANT:  I want that.

15       BEN:  You know I wanna pin your arms against your head… Up

16  above.

17       COMPLAINANT:  You know how bad I want anybody to fuck me hard.

18       BEN:  Yeah, I know how bad.

19       COMPLAINANT:  Nobody ever has.

20       BEN:  I know.  I can tell.

21       BEN:  You've never been tied down and fucked like a piece

22  of meat… you've never been made into a little whore.  Bent over

23  and fucked.  (Inaudible).

24

25                        [25:00]

21

1       BEN:  You ever been fucked like that?

2       ▮COMPLAINANT▮:  No, I haven't.  Show me.  Show me.

3       BEN:  I'm gonna show you a lot of things.  And we've got a

4   lot of time.

5       BEN:  But I'm not gonna show you tonight.

6       ▮COMPLAINANT▮:  I know you --

7       BEN:  (Inaudible) I'm telling you tonight.  It's just now…

8   (inaudible) …bite.  No bite!

9       BEN:  I know you're a bad girl deep down… And I want to get

10  to know better.

11                          [26:00]

12      BEN:  Do you know how to masturbate?  Do you?

13      ▮COMPLAINANT▮:  No.

14      BEN:  I'll teach you.

15      BEN:  I will.  I'll show you, just not tonight.

16      ▮COMPLAINANT▮:  Why not?

17      BEN:  Because I'm going home…to get sleep.  And you're

18  going to bed to get sober.

19      BEN:  Then I'm gonna go do my work, and we're both gonna

20  live our little lives and there'll be a moment… when this

21  happens again… and the circumstances were right.  You'll be in

22  my bed, tied down.  Candles.  Music.  And I… will take you

23  entirely.

24

25                          [27:00]

1        [COMPLAINANT]:  I don't get why you won't do it now.  I know you

2    want to.  Please.  Please.  Ben, I want you.

3        BEN:  Good night, [Complainant].

4        BEN:  Give me a kiss good night.

5        [COMPLAINANT]:  No.

6        BEN:  Give me a kiss good night.

7        [COMPLAINANT]:  No, (inaudible).

8        BEN:  Okay.

9        BEN:  Good night, [Complainant].

10

11                    [28:00]

12                    [Exiting room]

13        BEN:  Hey, [Cat's Name]!  Hey, buddy.  Come here, buddy.

14    You have such a big fur ball.  He's so beautiful.  Awww… he's

15    sweet, too.  [Complainant].  You give me a kiss good night?  You okay?

16    Oh, my God, he's purring!

17                    [Cat purring]

18

19                    [29:00]

20        BEN:  Good night… Good night, buddy.

21        BEN:  See you soon.

22                    [30:00]

23                    [BREAK IN AUDIO]

24        BEN:  Ok, it's now 2:10 a.m.  Fuck!  I gotta get up early.

25    And I'm walking 17 around the corner to my apartment, which is

23

1   apparently two blocks away.  And… that was a really dangerous

2   situation, and I'm going to message, uh, Roommate now and let her

3   know that, 'hey, I just left, and nothing happened, we made out

4   a bit and, uh, I left.'  All right.  So, that's it.

5

6                         [30:49]

7                          End.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ben   &   ████

24

```
 1            C E R T I F I C A T E

 2

 3       I, JACKIE MENTECKY, Transcriptionist/Court Reporter, do

 4   hereby certify that I was authorized to transcribe the foregoing

 5   recorded proceeding, and that the transcript is a true and

 6   accurate transcription of my shorthand notes to the best of my

 7   ability taken while listening to the provided recording.

 8

 9   Dated this 23rd day of November, 2016.

10

11

12

13

14                                       _____

15                     JACKIE MENTECKY

16

17

18

19

20

21

22

23

24

25
```

## A

**a.m** 1:5 2:1 22:24
**ability** 24:7
**able** 10:4
**accept** 19:21
**accurate** 24:6
**action** 18:20
**adorable** 18:2
**advantage** 15:20
**aggressive** 7:9
**ago** 19:5,25
**agree** 17:24
**alright** 10:22
**amazing** 18:14
**anybody** 20:17
**anyways** 10:22
**apartment** 1:6 13:7
  22:25
**apologize** 15:21
**apparently** 23:1
**arm** 17:7
**arms** 20:15
**asked** 15:17
**asking** 19:19
**AUDIO** 22:23
**authorized** 24:4
**aw** 12:15 13:9
**awake** 19:8
**Aww** 12:9
**Awww** 13:18,19
  22:14
**Awwwww** 15:15

## B

**back** 17:9
**backs** 14:25
**bad** 2:17 4:13 6:4 7:2
  13:12 20:12,17,18
  21:9
**ball** 22:14
**bangin'** 18:13
**battery** 9:5
**beautiful** 2:19 13:17
  13:18 19:9 22:14
**bed** 4:19 5:14 6:11
  7:13 10:18 11:21
  13:25 14:7 21:18,22

**believe** 15:16
**belong** 5:15
**Ben** 1:4 2:2,4,6,8,11
  2:13,15,17,19,22,25
  3:2,4,7,11,13,15,17
  3:19,21 4:1,3,5,11
  4:13,15,18,21,23
  5:2,5,6,8,10,12,14
  5:19,21,23,25 6:2,4
  6:6,8,10,18,25 7:5,9
  7:12,16,19,22,24
  8:1,3,7,13,15,18,20
  8:22,24 9:1,4,7,9,11
  9:14,18,20,22,24
  10:3,7,9,12,14,18
  10:20,21,25 11:3,8
  11:11,15,17,20,21
  11:23,25 12:2,4,8
  12:10,12,14,17,19
  12:23 13:2,4,6,8,10
  13:12,14,15,17,19
  13:21,25 14:2,7,11
  14:13,15,17,19,21
  14:23 15:5,7,9,11
  15:14,17,22,24 16:1
  16:6,9,11,14,17,19
  16:21,24 17:1,3,7
  17:11,13,15,17,19
  17:22 18:1,2,4,6,8
  18:11,13,16,18,21
  18:23,25 19:2,4,9
  19:13,15,17,18,20
  19:23,25 20:4,8,10
  20:12,15,18,20,21
  21:1,3,5,7,9,12,14
  21:15,17,19 22:2,3
  22:4,6,8,9,13,20,21
  22:24
**bend** 6:18
**Bent** 20:22
**best** 24:6
**betrayal** 4:7
**better** 10:3,3,18
  21:10
**big** 4:7 22:14
**bigger** 18:10,12
**bit** 23:4

**bite** 21:8,8
**blocks** 23:1
**body** 18:13
**bone** 15:4
**bones** 18:14
**Boo** 17:16,21 20:7
**BREAK** 22:23
**buddy** 22:13,13,20
Cat's Name 22:13

## C

**C** 24:1,1
**called** 17:22
**Candles** 21:22
**cat** 17:9,10,25 22:17
**Cat's** 18:1
**cause** 10:3 13:21
  16:22
**certify** 24:4
**charge** 6:21
**Christ** 12:16,18,21
  ████ 1:4
  ████ 1:6
**circumstances** 21:21
**class** 15:14,15
**cock** 9:18
**come** 5:14 6:19 7:13
  9:4 11:12,13 13:13
  16:18 22:13
**command** 5:12
**completely** 7:14
**CONFIDENTIAL**
  1:2
**controlling** 6:15
**conversation** 13:10
**corner** 22:25
**courage** 20:8,11
**Cross** 10:10
**Crosstalk** 4:22 8:6,7
  8:14

## D

**dangerous** 23:1
**Dated** 24:9
**day** 19:20 24:9
**deep** 21:9
**degree** 17:17

**desire** 9:20
**dick** 3:8,9,12,13
**disappoints** 12:1
**disservice** 9:11
**doing** 9:11 19:6,7
**drinking** 4:16
**drop** 17:15
**drunk** 2:4,5,7,8,9,14
  8:8 14:7,8,9 15:12
  17:2

## E

**E** 24:1,1
**earlier** 15:17
**early** 10:20 11:15
  22:24
**edge** 17:15
**Ehh** 18:7
**embarrassing** 4:9
**embarrassments** 4:6
Complainant 1:4,6 2:3,5,7
  2:10,12,14,16,18,21
  2:24 3:1,3,5,9,12,14
  3:16,18,20,23 4:2,4
  4:10,12,14,17,20,24
  5:4,7,9,11,13,18,20
  5:22,24 6:1,3,5,7,9
  7:4,11,15,21,23,25
  8:2,6,11,14,16,17
  8:19,21,23,24,25
  9:6,8,10,13,15,19
  9:21,23,25 10:6,8
  10:11,13,15,19,24
  11:1,6,9,13,16,18
  11:22,24,25 12:3,7
  12:9,11,12,13,15,18
  12:21 13:1,3,5,7,9
  13:13,15,18,19,20
  13:23 14:1,6,10,12
  14:14,16,18,20,22
  15:4,6,8,10,13,15
  15:21,23,25 16:2,8
  16:10,13,15,18,20
  16:22,25 17:2,4,10
  17:12,14,16,18,21
  17:23 18:3,5,7,10
  18:12,15,17,19,22

18:24 19:1,3,8,14
  19:16,19,22,24 20:2
  20:3,7,9,11,14,17
  20:19 21:2,6,13,16
  22:1,3,5,7,9,15
**COMPLAINANT/BEN** 13:11
**energized** 14:24
**energy** 9:5
**entire** 15:8
**entirely** 21:23
**event** 17:1
**everybody** 3:23 4:1
**Ew** 18:15
**Eww** 15:4
**exactly** 5:10
**Exiting** 22:12
**explore** 6:21

## F

**F** 24:1
**face** 6:14
**feel** 6:18,22 7:19
**Feibleman** 1:4
**felt** 3:21 6:4
**finally** 8:5,7 17:8
  9:4,11,12,18 10:4
**fine** 13:17 18:1
**finished** 5:15
**foot** 17:15
**foregoing** 24:4
**found** 7:9
**friends** 5:2
**fuck** 2:3,4,8,16 4:12
  4:13 5:6 8:5,7,19
  9:4,11,12,18 10:4
  10:18 11:25 12:3,9
  12:9,11,16 13:1,5,9
  14:9 15:16 16:15
  17:2 19:7,15,17,18
  20:9,10,12,17 22:24
**fucked** 14:8 20:21,23
  21:1
**fucking** 12:20 18:13
**fucks** 12:9
**full** 9:4
**fur** 22:14

## G

**Gasp** 5:9
**gentleman** 8:4
**girl** 21:9
**give** 6:19 8:6 10:14
  11:23 22:4,6,15
**glad** 13:10
**glass** 10:21
**go** 6:10,25 7:20,22
  10:24 11:6,15,17
  12:8,14,15 13:2
  15:18,18 21:19
**god** 2:17 7:3 14:1,6
  14:18 18:13 19:9
  22:16
**going** 5:10 7:20
  12:22 15:19 21:17
  21:18 23:2
**gonna** 5:12,23 7:22
  7:24 8:4,24 9:4,4,9
  9:24 10:22,24,25
  11:11 15:18,18,21
  18:21 21:3,5,19,19
**good** 2:12 3:14 11:23
  22:3,4,6,9,15,20,20
**gorgeous** 3:4
**gotta** 15:14 22:24
**grab** 6:19 18:18
**gross** 3:1,2 18:15

## H

**ha** 15:23,23,23
**hair** 6:20
**half** 4:2,3,3 14:2
**hanging** 14:2
**happen** 15:1
**happened** 14:17 18:3
  23:3
**happening** 16:20
**happens** 21:21
**hard** 8:21,22 10:8,9
  20:13,17
**harder** 10:4
**hate** 12:7
**he's** 18:2 22:14,14,16
**head** 20:15
**Hearty** 13:11
**hey** 13:15 22:13,13

23:3
**hide** 3:14
**high-fived** 17:24
**hip** 18:14
**Hmm** 2:11 3:15 4:5
  18:3
**hold** 20:12
**home** 5:2,5 11:17
  12:8 13:2 15:18
**home...to** 21:17
**Horrible** 15:6,10
**hot** 16:1,2,9 17:18,19
  17:19
**hour** 14:2,3
**hours** 17:2 20:4
**huge** 17:22,23
**hurt** 6:20

## I

**imagine** 19:2
**implies** 5:6
**impose** 14:22
**inaudible** 2:10 4:10
  4:14,22 6:9,18 7:13
  7:19 11:22 19:12
  20:23 21:7,8 22:7
**independent** 11:13
**information** 16:16,22
**inside** 9:22 19:2,5
**insisted** 17:17
**invitation** 19:20
**inviting** 4:18
**It'll** 10:3
**it's** 2:2 4:7 8:24
  10:24,25 11:9 12:17
  13:21 16:1 18:17,21
  21:7 22:24

## J

**jackass** 7:12
**JACKIE** 24:3,15
**jerk** 11:17
**Jesus** 12:16,21

## K

**keep** 16:16,18
**kind** 4:7 5:5 13:21
  18:25

**kiss** 6:19 11:23 22:4
  22:6,15
**kissed** 17:9
**kisses** 16:11,23 17:8
**know** 3:13,14,21 4:18
  5:10 6:3,4,5,6,21
  7:23 8:2,3,3,3,3,11
  8:12,13,16,17,17
  9:1,15,19,20 10:4,5
  10:6,8,9,11,15 11:1
  11:3,3,7 12:2,15
  18:17 20:12,15,17
  20:18,20 21:6,9,10
  21:12 22:1 23:3
**knowing** 14:7
**knows** 4:16

## L

**lady** 11:13
**Laughs** 12:4
**laughter** 13:11 15:5
**Roommate** 4:16,19 5:3
  14:3 23:2
**lay** 5:14 6:10
**leads** 4:5
**leave** 8:2 9:24
**leaving** 7:24
**left** 17:1 23:3
**left.'** 23:4
**legs** 6:12,13
**liar** 2:21,22,24
**lie** 14:14
**light** 15:4
**listening** 24:7
**little** 6:20 17:8 20:22
  21:20
**live** 21:20
**lives** 21:20
**Location** 1:6
**long** 13:23,24 16:15
  16:15,20
**look** 6:13
**looking** 6:12,14 17:8
  17:9
**lost** 18:15
**lot** 21:3,4
**love** 13:13

lying 2:25 3:3

**M**

Madam 11:21
making 14:17 16:7
masquerading 3:10
    3:11
masturbate 21:12
matter 7:2 14:23
mean 4:6 15:16 17:7
    19:4
meat 20:22
MENTECKY 24:3
    24:15
message 23:2
Mhmm 15:14 18:21
middle 12:19
million 17:22
mind 12:1
mine 13:10
minutes 13:14 16:21
    19:5,25 20:1,3
Mmhmm 4:12
Mmm 10:19
Mmmm 19:3
Mmmmm 5:7
Mmmmmmm 14:15
moment 2:20 21:20
moments 12:19
morning 7:24 15:11
    15:13,19
Music 21:22
muster 20:8,11
mutual 5:2

**N**

N 12:21
need 12:14,15 16:16
never 3:7,7 20:21,22
new 7:19
nice 3:5,7,10 18:6
night 11:23 16:11
    22:3,4,6,9,15,20,20
Nooo 15:25
Nope 7:13,13
notes 24:6
November 24:9

nuts 18:11

**O**

obviously 8:11
oh 2:17 3:17 8:23
    12:11,11,18 13:1,5
    14:1,6,18 15:16
    16:14,15,24 17:2,12
    17:19 18:5,13,15,19
    22:16
ok 10:23 22:24
okay 4:11 12:10,12
    12:21 13:1,4,14
    16:17,19 17:25 22:8
    22:15
open 4:8 6:12

**P**

pants 13:15 14:10
pen 11:21
people 4:2,3,3,8
person 3:10,14
pffff 13:25
piece 20:21
pin 20:15
place 11:12,13
please 5:24 11:1,1,6
    11:7,14,14 19:13,14
    19:15 22:2,2
poorly 15:25
pretty 16:9
proceeding 24:5
provided 24:7
pulling 16:6
purring 22:16,17
pussy 17:22,23
put 14:11 17:7

**Q**

quick 4:5
quite 3:8

**R**

R 24:1
real 4:13
realize 12:20
realllllly 13:21
really 5:23 7:5 14:19

    14:20 23:1
recorded 24:5
recording 2:1 24:7
remember 17:13
Reporter 24:3
right 2:2 10:6,7 11:8
    11:9,11 13:7 18:16
    18:23 21:21 23:4
roof 17:17
room 4:19,20 5:14
    6:10,10 22:12
rough 8:22,23 10:11
rude 13:24

**S**

safe 5:2,4,5
saw 2:20
secret 3:13
see 18:25 22:21
self 17:24,24
sex 10:8,9,11 11:1
    12:23
sexy 17:14
she's 5:6
shit 8:6 10:24,25
    12:11,11 16:3
shorthand 24:6
show 5:18,19,24,25
    6:7,8 10:15,15 16:3
    18:19 21:2,2,3,5,15
Sighs 4:24
sit 6:11,12
situation 23:2
slapped 7:10
sleep 12:15 15:19
    21:17
small 18:7
snapped 13:22
sneaking 16:11,23
snuggle 13:13
snuggling 13:13
    16:16,18
sober 4:18 5:6 10:5
    14:25 21:18
soon 22:21
sorry 14:16,18,20
sound 13:24

sounds 14:14 17:18
    17:23
spot 18:16
stand 6:13
standing 19:20
Start 2:1
state 12:1
stop 9:9
stopped 4:14,15
streak 7:9
stroking 9:18
stuff 11:10
suck 18:22 20:2
sucked 18:4
sucks 19:22 20:7
suddenly 12:20 20:1
sun 14:25
super 16:1,2 17:19
    17:19
suppose 18:19
sure 8:4 13:4
sweet 22:15

**T**

T 24:1,1
take 14:12 21:22
taken 24:7
talk 10:10
taste 6:19
teach 21:14
tell 5:11,11 16:7 17:4
    20:20
telling 21:7
ten 19:5,25 20:1,3
terrifying 17:20
thank 7:24 15:19
that's 2:12 8:20 9:10
    9:15 10:14 11:21
    13:17 17:12,14
    18:15 23:4
thing 2:12 4:7
things 3:7 6:19 7:19
    16:7 21:3
think 3:1,2,4,9,9 7:3
    7:5 13:18,23 14:8
    14:24 15:25 20:8,9

**thinking** 7:5 11:17
**thirty** 16:21
**thought** 7:3
**tie** 7:13
**tied** 20:21 21:22
**time** 11:21 15:8 21:4
**times** 17:22
**tired** 4:15 8:8,11
　13:21
**tits** 18:4
**told** 7:10,12 15:17
**tomorrow** 5:23 19:18
**tonight** 5:21,22 6:2
　7:1 16:24 21:5,7,15
**top** 16:6 17:11
**touch** 6:14,21
**tower** 17:11
**transcribe** 24:4
**transcript** 24:5
**transcription** 24:6
**Transcriptionist/C...**
　24:3
**true** 24:5
**trust** 3:18,19,22,23
　4:1,2,5
**Try** 7:19
**tuck** 10:21
**tucking** 11:9
**two** 23:1

**U**

**uh** 13:23,25 15:7
　16:6 17:1 23:2,4
**Um** 12:23 16:1 17:15
　19:9
**umm** 14:23 18:4
**understand** 18:23

**V**

**vest** 15:8

**W**

**wait** 8:24,25 9:1 10:3
　12:13,21,22 13:3,13
　13:15,20 14:20
　15:16,25 16:2,15,15
　16:22 17:4,10 18:21
　19:6 20:3,4

**walk** 6:12
**walking** 22:25
**wanna** 2:16 8:2,3
　10:14,15 11:8 13:4
　14:22 15:4 20:9,12
　20:15
**want** 2:3,4 3:1 4:12
　4:13,23 5:7,8,23,23
　6:3,4,5,6 7:2,23 8:4
　8:11,12,13,15,15,16
　8:17,18,19,20,25
　9:1,10,14,15,19,22
　9:25 10:4,22 11:2,3
　11:7,25 12:23 13:24
　14:8,9,24,24,24
　15:11,17,18 16:7
　19:18 20:3,4,10,14
　20:17 21:9 22:2,2
**wanted** 2:19 19:4,4,5
**water** 10:21,22 17:11
**we're** 3:6 8:16 13:7
　13:10 21:19
**we've** 21:3
**wearing** 15:8
**weight** 18:15
**weird** 13:16
**went** 4:19 14:7
**weren't** 19:25
**wet** 6:22
**what's** 12:22 16:2
　18:3
**where's** 17:10
**whispering** 19:12
**whore** 20:22
**woke** 13:23 18:25
**work** 21:19
**wouldn't** 9:13 12:8
　14:23
**wrong** 7:6,6

**X**

**Y**

**yeah** 2:6,13 3:11,17
　3:17,17,19 4:4 5:5
　5:13,14,20 6:9 7:11
　7:15,16 8:14,20,23

9:6,7,8,10,23 10:14
10:15 11:1 15:9
16:14 17:3 18:18
19:1,9,16,23,25
20:18

**Z**

**0**

**1**

**1:00** 2:23
**1:37** 1:5 2:1
**10/5/2016** 1:5
**10:00** 9:3
**10:30** 15:15
**11:00** 9:17
**114th** 1:6
**12:00** 10:2
**13:00** 10:17
**14:00** 11:5
**15:00** 11:19
**150** 17:15
**16:00** 12:6
**17** 22:25
**17:00** 12:25
**18:00** 14:5
**19:00** 15:3

**2**

**2:00** 3:25 15:11,13
**2:10** 22:24
**20:00** 16:5
**2016** 24:9
**21:00** 17:6
**22:00** 18:9
**23:00** 19:11
**23rd** 24:9
**24** 20:4
**24:00** 20:6
**25:00** 20:25
**26:00** 21:11
**27:00** 21:25
**28:00** 22:11
**29:00** 22:19

**3**

**3:00** 5:1

**30:00** 22:22
**30:49** 23:6

**4**

**4:00** 5:17
**45** 17:17

**5**

**5:00** 6:17

**6**

**6:00** 6:24

**7**

**7:00** 7:8

**8**

**8:00** 7:18

**9**

**9:00** 8:10