

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
Tel: 212-984-7700
www.wbny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2019

KIMBERLY C. LAU, ESQ.
PARTNER
ATTORNEY DIRECT DIAL: 212-984-7709
EMAIL: klau@wbny.com

September 3, 2019

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312



MEMO ENDORSED

Re:  *Feibleman* v. *The Trustees of Columbia University in the City of New York*,
     No. 1:19-cv-04327 (VEC)

Dear Judge Caproni:

We represent Plaintiff Ben Feibleman in the referenced action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43), we write on behalf of Plaintiff and Defendant The Trustees of Columbia University in the City of New York (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

**Stipulation and [Proposed] Order Regarding the Production of Discovery Material:** The Parties have agreed upon a Stipulation and Order Regarding the Production of Discovery Material ("Discovery Order"). The Discovery Order governs the production of electronically stored information ("ESI") and hard copy documents by the Parties. Pursuant to Section 2.D. of Your Honor's Individual Practices in Civil Cases, an executed copy of the Discovery Order is attached to this letter. A Microsoft Word version will be sent separately to CaproniNYSDChambers@nysd.uscourts.gov as required by Section 2.D.

**Damages Being Sought by Plaintiff:** The Parties are working to finalize a stipulation regarding the damages now being sought by Plaintiff in the litigation. Relatedly, Plaintiff served a Supplemental Initial Disclosure on August 20, 2019, identifying the following categories of damages: (1) $20,000 in tuition paid to the Columbia University Graduate School of Journalism; (2) attorneys' fees; (3) reputational damages; (4) occupational damages; and (5) $25,000,000 in punitive damages. Plaintiff also provided additional contact information regarding a witness in the Supplemental Initial Disclosure.

{1155386.1 }

WARSHAW BURSTEIN, LLP

Hon. Valerie E. Caproni
September 3, 2019
Page 2 of 2

**Protective Order:** The Parties have made significant progress in drafting a protective order, but a few outstanding issues remain. The Parties are continuing to work to try to reach an agreement on the proposed protective order, but a conference with the Court may be requested in the next week or so if the Parties cannot come to a resolution.

**Initial Discovery Demands Served:** The Parties served their initial discovery demands on August 30, 2019. Responses and objections to the Parties' initial discovery demands are currently due on September 30, 2019, and the parties will need to collaborate to reach a set of agreed-upon ESI parameters (i.e., custodians and search terms) for their respective document productions.

**Plaintiff's Proposed Adjustments to Case Schedule:** The undersigned will be taking leave from mid-February 2020 until June 2020. As a result of the anticipated discovery timeline and the undersigned's upcoming leave, Plaintiff believes that it would be appropriate to adjust the deadlines in the Civil Case Management Plan and Scheduling Order (ECF 42) as follows:

| | | |
|---|---|---|
| 5.a. – All Fact Discovery | May 1, 2020 | (previous deadline – January 31, 2020) |
| 5.b. – All Expert Discovery | July 1, 2010 | (previous deadline – March 31, 2020) |
| 10 – Next Pre-Trial Conference | May 1, 2020 at 10:00 a.m. | (previously scheduled for January 31, 2020 at 10:00 a.m.) |

No prior requests to extend or adjourn the aforementioned dates have been made. While Defendant remains hopeful that fact discovery could have been completed by the current deadline of January 31, 2020, of course, Defendant also wishes to afford Plaintiff's counsel professional courtesy in light of her upcoming leave and therefore does not oppose Plaintiff's proposed adjustments to the case schedule.

At this time, there are no discovery disputes or issues requiring the Court's intervention.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Kimberly C. Lau

Encl.

cc:   Counsel for Defendant (*via* ECF)

{1155386.1}

---

The parties' proposed schedule is GRANTED. The parties are advised that, given the lengthy extension, no further extensions are likely to be granted. A joint pre-conference letter is due from the parties no later than **April 23, 2020**.

SO ORDERED.            Date: 09/04/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE