# KAPLAN HECKER & FINK LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  09/13/2019

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

Direct Dial: (929) 294-2536
Direct Email: gtenzer@kaplanhecker.com

September 13, 2019

**VIA ECF**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Feibleman* v. *The Trustees of Columbia University in the City of New York*,
No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

We represent Defendant The Trustees of Columbia University in the City of New York in the above-captioned action. We write on behalf of the parties to request that the date for submitting the next Joint Report on the Status and Progress of Discovery pursuant to the Court's Order of June 28, 2019 (ECF 43 at 2) be adjourned from October 1 to October 4, 2019, in order to accommodate the observance of Rosh Hashanah from September 29 to October 1. This is the parties' first request to adjourn this date.

We thank Your Honor for consideration of this matter.

Respectfully submitted,

Gabrielle E. Tenzer

cc: Counsel of Record

Application GRANTED.

SO ORDERED.                    Date: 09/13/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE