UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN FEIBLEMAN,

                            *Plaintiff*,

          v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

                          *Defendant*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2019

No. 1:19-cv-4327 (VEC) (KHP)

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, in the Complaint filed in the above-captioned action, Plaintiff claimed, *inter alia*, "damages to physical well-being, emotional and psychological damages" and "past and future economic losses" related to, *inter alia*, the aforementioned damages (*see, e.g.*, ECF 1 at pp. 97–98, ECF 57 at pp. 106–07); and

WHEREAS, on July 26, 2019, Plaintiff informed Defendant that Plaintiff would not pursue damages related to emotional distress or psychological damages (or any related medical costs and/or expenses) and that, accordingly, the HIPAA compliant medical release authorizations ("HIPAA Authorizations") noted in the June 28, 2019 Civil Case Management Plan and Scheduling Order are no longer applicable to this matter;

IT IS THEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff and Defendant in the above-captioned action, that:

(1)    Notwithstanding anything in the Complaint (ECF 1, 57), Plaintiff shall not seek or recover in this action damages from Defendant with respect to any purported physical, emotional,

1

and/or psychological injury, and/or any purported costs or expenses for medical, psychiatric, and/or psychological treatment or therapy; and

(2) As a result, Plaintiff will not be required to provide HIPAA Authorizations to Defendant at this time.

Dated: September 27, 2019
New York, New York

Roberta A. Kaplan
Gabrielle E. Tenzer
Joshua Matz
Thomas A. Rawlinson
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
trawlinson@kaplanhecker.com

Michele S. Hirshman
Darren W. Johnson
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Main: (212) 373-3000
Fax: (212) 757-3990
mhirshman@paulweiss.com
djohnson@paulweiss.com

*Attorneys for Defendant
The Trustees of Columbia University in the
City of New York*

Kimberly C. Lau
James E. Figliozzi
WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
klau@wbny.com
jfigliozzi@wbny.com

*Attorneys for Plaintiff Ben Feibleman*

SO ORDERED.    Date: 09/30/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2