# KAPLAN HECKER & FINK LLP

**Direct Dial: (929) 294-2536**
**Direct Email: gtenzer@kaplanhecker.com**

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

October 4, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Feibleman* v. *The Trustees of Columbia University in the City of New York*,
> No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

    We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43), we write on behalf of Columbia and Plaintiff (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

    **Responses and Objections to Initial Discovery Demands:** Responses and objections to the Parties' initial discovery demands were originally due on September 30, 2019. The Parties agreed to extend that date to October 7, 2019, to accommodate the Rosh Hashanah holiday this week.

    **Damages Order:** The Parties agreed upon a stipulation regarding the damages now being sought by Plaintiff in the litigation (the "Damages Order"). The Damages Order was filed with the Court on September 27, 2019 (ECF 75), and was So Ordered by the Court on September 30, 2019 (ECF 76).

    **Protective Order:** The Parties have continued to make progress in drafting a protective order since the last Joint Report to the Court, but have yet to reach agreement on a few remaining issues. The Parties are continuing to try to reach an agreement, but a conference with the Court will be requested shortly if the Parties cannot come to a resolution.

**Hon. Valerie E. Caproni**
**October 4, 2019**
**Page 2 of 2**

      At this time, there are no discovery disputes or issues requiring the Court's intervention. The Parties thank the Court for its consideration of this Joint Report.

Respectfully submitted,

Gabrielle E. Tenzer

cc: Counsel of Record