USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN FEIBLEMAN

    *Plaintiff*,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

    *Defendant*.

NOTICE OF MOTION TO
WITHDRAW APPEARANCE

No. 1:19-cv-04327

**MEMO ENDORSED**

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying declaration of Joshua Matz, dated October 15, 2019, and pursuant to Local Civil Rule 1.4, Defendant respectfully requests the withdrawal of the appearance of Joshua Matz as counsel on its behalf. Defendant further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

Defendant shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: October 15, 2019

Respectfully submitted,

/s/ Joshua Matz
Joshua Matz

Application GRANTED.

SO ORDERED.   Date: 10/16/2019

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN FEIBLEMAN<br><br>*Plaintiff,*<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Defendant.* | **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>No. 1:19-cv-04327 |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Joshua Matz, declare and state as follows:

1. On June 26, 2019 I filed a Notice of Appearance (ECF 40) on behalf of The Trustees of Columbia University In The City of New York.

2. As of today, October 15, 2019, I am no longer affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request the Court withdraw my individual appearance as counsel for Plaintiffs.

3. Plaintiffs shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP. This withdrawal will not affect this action in any way, nor will this withdrawal prejudice Plaintiff.

Dated: October 15, 2019                              Respectfully submitted,

                                                     /s/ Joshua Matz
                                                     Joshua Matz