

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
Tel: 212-984-7700
www.wbny.com

KIMBERLY C. LAU, ESQ.
PARTNER
ATTORNEY DIRECT DIAL: 212-984-7709
EMAIL: klau@wbny.com

November 1, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312

    Re:    *Feibleman v. The Trustees of Columbia University in the City of New York*,
            No. 1:19-cv-04327 (VEC)

Dear Judge Caproni:

    We represent Plaintiff Ben Feibleman in the referenced action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43), we write on behalf of Plaintiff and Defendant The Trustees of Columbia University in the City of New York (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

    The Parties exchanged responses and objections to the Parties' initial discovery demands on October 7, 2019 and have engaged in preliminary document exchange. The Parties are in the process of finalizing the parameters for the exchange of electronically stored information and hope to reach an agreement shortly.

    During an October 23, 2019 conference, the Court resolved the Parties' dispute concerning the depositions of current and former student witnesses and confirmed that it would be ordering a prohibition on such depositions at this time, but that the issue may be revisited once discovery is further developed.

    At this time, there are no discovery disputes or issues requiring the Court's intervention.

WARSHAW BURSTEIN, LLP

Hon. Valerie E. Caproni
November 1, 2019
Page 2 of 2

    Your Honor's attention to this matter is greatly appreciated.

                                                                    Respectfully submitted,

                                                                      Kimberly C. Lau

cc:    Counsel for Defendant (*via* ECF)