# KAPLAN HECKER & FINK LLP

**Direct Dial: (929) 294-2536**
**Direct Email: gtenzer@kaplanhecker.com**

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

December 2, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Feibleman* v. *The Trustees of Columbia University in the City of New York*,
     No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

  We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43), we write on behalf of Columbia and Plaintiff (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

**Protective Order:** In accordance with Rule 2.D of Your Honor's Individual Practices in Civil Cases, we write to inform the Court that the Parties have agreed upon a Stipulation Regarding Confidential Information and [Proposed] Protective Order (the "Protective Order"). The Protective Order governs the designation and treatment of information produced in this litigation as "Confidential" or "Attorneys' Eyes Only." The Protective Order no longer addresses the depositions of current or former student witnesses, as that issue was addressed by the Court during the October 23, 2019 telephonic conference. An executed copy of the Protective Order is attached to this letter. We are also emailing a Microsoft Word version to the Court at CaproniNYSDChambers@nysd.uscourts.gov, as required by Rule 2.D.

**Parameters for the Exchange of Electronically Stored Information ("ESI"):** The Parties are continuing to try to reach an agreement on the parameters for the exchange of ESI, but a conference with the Court will be requested shortly if the Parties cannot come to a resolution.

**Hon. Valerie E. Caproni**
**December 2, 2019**
**Page 2 of 2**

   At this time, there are no discovery disputes or issues requiring the Court's intervention. The Parties thank the Court for its consideration of this Joint Report.

Respectfully submitted,

Gabrielle E. Tenzer

cc: Counsel of Record