# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   929.294.2536
DIRECT EMAIL   gtenzer@kaplanhecker.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019
```

**MEMO ENDORSED**

December 20, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Feibleman* v. *The Trustees of Columbia University in the City of New York,* No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

We represent Defendant The Trustees of Columbia University in the City of New York in the above-captioned action. We write on behalf of the parties to request that the date for submitting the next Joint Report on the Status and Progress of Discovery pursuant to the Court's Order of June 28, 2019 (ECF 43 at 2) be adjourned from January 2 to January 8, in order to accommodate the observance of the New Year holiday. This is the parties' first request to adjourn this date.

We thank Your Honor for consideration of this matter.

Very truly yours,

Gabrielle E. Tenzer

cc: Counsel of Record

Application GRANTED.

SO ORDERED.        Date: 12/20/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE