UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2020

BEN FEIBLEMAN,

                Plaintiff,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

                Defendant.

No. 19-cv-04327 (VEC)

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Jordana L. Haviv, and subject to the approval of the Court, Jordana L. Haviv hereby withdraws as counsel for The Trustees of Columbia University in the City of New York and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Michele S. Hirshman and Darren W. Johnson of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent The Trustees of Columbia University in the City of New York in this proceeding.

Dated: February 24, 2020
       New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: ___/s/ Jordana L. Haviv___
Jordana L. Haviv

1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3754
Fax: (212) 492-0754
Email: jhaviv@paulweiss.com

*Attorney for Defendant The Trustees of Columbia University in the City of New York*

**SO ORDERED:**

_/s/ Valerie Caproni_  Date: 02/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE