

**WARSHAW BURSTEIN, LLP**
575 Lexington Avenue
New York, NY 10022
Tel: 212-984-7700
www.wbny.com

JAMES E. FIGLIOZZI, ESQ.
COUNSEL
ATTORNEY DIRECT DIAL: 212-984-7792
EMAIL: jfigliozzi@wbny.com

March 2, 2020

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312

    Re:    *Feibleman v. The Trustees of Columbia University in the City of New York*,
                No. 1:19-cv-04327 (VEC)

Dear Judge Caproni:

      We represent Plaintiff Ben Feibleman in the referenced action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43), we write on behalf of Plaintiff and Defendant The Trustees of Columbia University in the City of New York (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

      The Parties continue to work diligently to resolve a disagreement regarding Columbia's responses to several of Plaintiff's document requests. On January 31, 2020, Columbia provided a spreadsheet in response to some of the relevant document requests. Following Plaintiff's review of the spreadsheet, the Parties conferred by telephone on February 11, 2020 in an effort to resolve the disagreement. Following the telephonic meet-and-confer, the parties exchanged proposals on how to resolve the discovery dispute on February 19 and 28, 2020. Your Honor's recent Decision and Order on Columbia's Motion to Dismiss introduced a new element which may require further dialogue. However, the Parties are hopeful that an agreement can be reached without the Court's intervention.

      In light of Your Honor's recent Decision and Order on Columbia's Motion to Dismiss, including the briefing schedule set for letter motions regarding amendments to the Complaint, the Parties believe that an extension of the discovery deadlines in this matter may be appropriate. The Parties plan on discussing the schedule this week and will advise the Court by joint letter if and when an agreed-upon proposal is reached.

      At this time, there are no discovery disputes or issues requiring the Court's intervention.

{1210223.1}

WARSHAW BURSTEIN, LLP

Hon. Valerie E. Caproni
March 2, 2020
Page 2 of 2

    Your Honor's attention to this matter is greatly appreciated.

                                                                          Respectfully submitted,

                                                                          James E. Figliozzi

cc:     Counsel for Defendant (*via* ECF)

{1210223.1}