UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2020

BEN FEIBLEMAN,

                           *Plaintiff,*

     v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

                           *Defendant.*

No. 1:19-cv-4327 (VEC) (KHP)

## STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING

WHEREAS, on February 24, 2020, the Court entered an Opinion and Order ("Order," ECF 94) granting in part and denying in part Defendant The Trustees of Columbia University in the City of New York's ("Columbia's") Partial Motion to Dismiss the Complaint (*see* ECF 46);

WHEREAS, pursuant to the Court's Order, Plaintiff's time to move for leave to amend the Complaint is March 13, 2020 (ECF 94 at 39);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Columbia's time to file a responsive pleading is currently March 9, 2020, or four days before the date by which Plaintiff may seek leave to amend the Complaint; and

WHEREAS, if Plaintiff seeks and is granted leave to amend the Complaint, under the existing schedule, Columbia could be required to answer more than once;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for the parties in this action, that:

1

1. The deadline for Columbia to file a responsive pleading will be adjourned to the earlier of:

    a. 14 days after Plaintiff advises the Court and Columbia in writing that he will not seek leave to amend the Complaint, or

    b. 14 days after the Court enters a decision on any letter motion Plaintiff files seeking leave to amend the Complaint.

Dated: March 4, 2020
New York, New York

Roberta A. Kaplan
Gabrielle E. Tenzer
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com

Michele S. Hirshman
Darren W. Johnson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Main: (212) 373-3000
Fax: (212) 757-3990
mhirshman@paulweiss.com
djohnson@paulweiss.com

*Attorneys for Defendant The Trustees of Columbia University in the City of New York*

Kimberly C. Lau
James E. Figliozzi
WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
klau@wbny.com
jfigliozzi@wbny.com

*Attorneys for Plaintiff Ben Feibleman*

SO ORDERED.    Date: 03/04/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2