Case 1:19-cv-04327-VEC Document 99 Filed 03/17/20 Page

KAPLAN HECKER & FINK LLP  350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

March 17, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Feibleman* v. *The Trustees of Columbia University in the City of New York*, No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

    We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. In accordance with Rule 2.C of Your Honor's Individual Practices in Civil Cases, we write with Plaintiff's consent to request that Your Honor extend the briefing schedule for Plaintiff's Motion to Amend the Complaint (ECF 98), in light of the current COVID-19 situation and the unique challenges the pandemic has created.

    Pursuant to Your Honor's Opinion and Order (ECF 94), Columbia's current deadline to file its Opposition to Plaintiff's Motion to Amend the Complaint is this Friday, March 20, 2020, and Plaintiff's deadline to file his Reply is Wednesday, March 25, 2020. We respectfully request that the Court adjourn the deadline for Columbia to file its Opposition to April 3, 2020, and Plaintiff's deadline to file his Reply to April 20, 2020. This is the first request for the adjournment of these deadlines.

    Your Honor's attention to this matter is greatly appreciated.

                                                    Respectfully submitted,

                                                    Gabrielle E. Tenzer   / KPSM

cc: Counsel of Record