# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   929.294.2536
DIRECT EMAIL  gtenzer@kaplanhecker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2020

March 27, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Feibleman* v. *The Trustees of Columbia University in the City of New York*, No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

      We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. In accordance with Rule 2.C of Your Honor's Individual Practices in Civil Cases, we write jointly with Plaintiff to request that Your Honor extend the upcoming discovery deadlines in this action.

      On March 13, 2020, Plaintiff filed a Motion for Leave to Amend the Complaint. (ECF 98.) On March 17, 2020, given the current COVID-19 situation and the unique challenges of the pandemic, Your Honor approved the parties' joint request to extend the briefing schedule for that motion. (ECF 100.) The Motion for Leave to Amend the Complaint will now be fully briefed as of April 20, 2020.

      In light of the extended briefing schedule for the Motion for Leave to Amend the Complaint and the ongoing difficulties posed by the COVID-19 pandemic, the parties write to request that the Court adjourn the following deadlines:

- All Fact Discovery, currently set for May 1, 2020;
- The Next Pre-Trial Conference, currently set for May 1, 2020; and
- All Expert Discovery, currently set for July 1, 2020.

This is the second request for the adjournment of these deadlines; the Court approved the first request for an extension on September 4, 2019. (ECF 68.)

**KAPLAN HECKER & FINK LLP**                                                                 2

      Given the pending Motion for Leave to Amend the Complaint and the difficulties in assessing how the COVID-19 pandemic will impact the parties' ability to take discovery, the parties are reluctant to propose new deadlines at this time. Instead, the parties request that the current deadlines be adjourned and that the parties be permitted to file a joint letter with a proposed schedule no later than two weeks following the entry of the Court's decision on the Motion for Leave to Amend the Complaint. In the interim, the parties will continue to diligently exchange document and written discovery.

      Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

*/s/ Gabrielle E. Tenzer*

Gabrielle E. Tenzer

cc: Counsel of Record

---

Application GRANTED. Monthly progress reports must continue for the duration of discovery.

SO ORDERED.            Date: 03/30/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE