# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE  |  SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883  |  FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

April 23, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    *Feibleman v. The Trustees of Columbia University in the City of
> New York*, No. 19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

Defendant The Trustees of Columbia University in the City of New York ("Columbia") respectfully submits this letter in response to a new argument set forth in Plaintiff's reply letter dated April 20, 2020 (ECF 107) in further support of Plaintiff's letter motion requesting leave to amend the complaint (ECF 98). Mindful of the fact that the Court's prior Order (ECF 94) did not provide for a sur-reply, we have kept this letter as brief as possible.

In his reply letter, Plaintiff raises for the first time in the briefing on the motion to amend a gender-swapping hypothetical to support the plausibility of his proposed new deliberate indifference claim. (ECF 107 at 2.) In connection with that, Columbia wishes to respectfully inform the Court of decisions in another Title IX case against Columbia in this District, in which Judge Woods, characterizing a similar "gender-swapping hypothetical" in support of such a Title IX claim as "extraneous," *Nungesser v. Columbia Univ.*, No. 1:15 Civ. 3216 (S.D.N.Y. Mar. 23, 2017), ECF 70 at 3, and another such hypothetical as "mere speculation," *Nungesser v. Columbia Univ.*, 169 F. Supp. 3d 353, 365 n.9 (S.D.N.Y. 2016), refused to consider such gender-swapping hypotheticals on a motion to dismiss, *Nungesser v. Columbia Univ.*, 244 F. Supp. 3d 345, 364 (S.D.N.Y. 2017) ("But this is not an examination of hypotheticals or arguments in the abstract, including the many arguments and hypotheticals embedded in the SAC."); *id.* at 367 ("[N]either has the Court accepted as true the hypotheticals, abstract arguments, and other polemics contained within the SAC.").

Respectfully submitted,

Roberta A. Kaplan

KAPLAN HECKER & FINK LLP

Gabrielle E. Tenzer
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
212.763.0883
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com

Michele S. Hirshman
Darren W. Johnson
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Main: 212.373.3000
Fax: 212.757.3990
mhirshman@paulweiss.com
djohnson@paulweiss.com

*Attorneys for Defendant The Trustees of
Columbia University in the City of New York*

cc: Counsel of Record