**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2536
DIRECT EMAIL   gtenzer@kaplanhecker.com

June 1, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                     Re:     *Feibleman* v. *The Trustees of Columbia University in the City of New York*, No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

       We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43; *see also* ECF 102), we write on behalf of Columbia and Plaintiff (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

       Discovery in this case is ongoing. Since the Parties last submitted a joint report to Your Honor on May 1, 2020 (ECF 109), the Parties have continued to exchange documents. While Columbia anticipated making an additional ESI production at the end of May, this production has been complicated by the COVID-19 pandemic and the illness and death of the family members of two of Columbia's lead attorneys. Columbia anticipates making this ESI production as early as possible this month.

       Since the May 1, 2020 Joint Report, Plaintiff has provided a supplemental production containing 831 pages of electronically stored information. Plaintiff will be providing an additional supplemental production of his electronically stored information as soon as possible this month.

       On the evening of May 22, 2020, Columbia produced an updated version of a chart containing information regarding other Title IX reports and the adjudication and sanctioning processes related to those reports (the "Chart"). Upon initial review, Plaintiff has identified certain deficiencies in the Chart as well as unexplained alterations from a prior version of the Chart that Columbia produced on January 31, 2020. Plaintiff plans on scheduling a meet and confer with

**KAPLAN HECKER & FINK LLP**                                                                                              2

Columbia to discuss these issues following the completion of a comprehensive review and comparison of the Chart.

At this time, there are no discovery disputes or issues requiring the Court's intervention. The Parties thank the Court for its consideration of this Joint Report.

Respectfully submitted,

Gabrielle E. Tenzer

cc: Counsel of Record