

Warshaw Burstein, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700

James E. Figliozzi
Counsel
(212) 984-7792
jfigliozzi@wbny.com

July 1, 2020

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Feibleman v. The Trustees of Columbia University*, **19-CV-4327 (VEC)**

Dear Judge Caproni:

We represent Plaintiff Ben Feibleman in the referenced action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43), we write on behalf of Plaintiff and Defendant The Trustees of Columbia University in the City of New York (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery.

Discovery in this case is ongoing. The parties recently resolved a potential dispute regarding Columbia's production of documents related to other Gender-Based Misconduct matters. The Parties continue to work diligently to exchange electronic discovery in this matter and plan on providing supplemental productions as soon as possible this month. At this time, there are no discovery disputes or issues requiring the Court's intervention.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

James E. Figliozzi
Kimberly C. Lau

cc:   Counsel for Defendant (*via* ECF)