# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2536
DIRECT EMAIL   gtenzer@kaplanhecker.com

July 21, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Feibleman* v. *The Trustees of Columbia University in the City of New York*, No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

      We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. In accordance with Rule 2.C of Your Honor's Individual Practices in Civil Cases, we write to request that Your Honor extend Columbia's time to file a responsive pleading by two weeks, from July 23 to August 6, 2020. Plaintiff consents to this request.

      This is the second request for the adjournment of Columbia's time to file a responsive pleading. On March 4, 2020, the Court approved the Parties' Stipulation Regarding Defendant's Time to File a Responsive Pleading (ECF 97), which extended the deadline to 14 days after the Court entered a decision on Plaintiff's Letter Motion Requesting Leave to File an Amended Complaint ("Motion to Amend"). The Court entered a decision on Plaintiff's Motion to Amend on July 9, 2020. (ECF 113.) Accordingly, the present deadline for Columbia to file a responsive pleading is this Thursday, July 23, 2020.

      Due to the extreme length of the Complaint, which is more than 100 pages and close to 1,000 paragraphs (*see* ECF 57), combined with the challenges of working remotely due to the COVID-19 pandemic, Columbia requests that the deadline to file a responsive pleading be extended by two weeks, from July 23 to August 6, 2020. Again, Plaintiff consents to this request.

      Your Honor's attention to this matter is greatly appreciated.

                                                              Respectfully submitted,

                                                              Gabrielle E. Tenzer

cc: Counsel of Record