USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/24/2020



**MEMO ENDORSED**

Warshaw Burstein, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700

James E. Figliozzi
Counsel
(212) 984-7792
jfigliozzi@wbny.com

July 23, 2020

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Feibleman v. The Trustees of Columbia University*, 19-CV-4327 (VEC)

Dear Judge Caproni:

We represent Plaintiff Ben Feibleman ("Plaintiff") in the above-referenced action. Pursuant to Your Honor's Memo Endorsement dated March 30, 2020 (ECF 102), we write on behalf of Plaintiff and Defendant The Trustees of Columbia University in the City of New York ("Defendant") to propose the following updated discovery schedule:

Deadline to Complete Fact Discovery – December 31, 2020

Next Pre-Trial Conference – ~~January 6~~ **January 8**, 2021 at 10AM

Deadline to Complete Expert Discovery – March 5, 2021

Defendant does not oppose the proposed schedule so long as it is acceptable to the Court. Defendant also notes that Plaintiff has expressed his intention to seek leave to take more than 10 depositions in this case. Reserving the right to oppose any such application, Defendant is hopeful that the parties will be able to come to an agreement on the number of depositions without having to seek the Court's intervention.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

James E. Figliozzi
Kimberly C. Lau

cc: Counsel for Defendant (*via* ECF)

Application GRANTED as modified.  In addition to the foregoing, the parties' joint pre-conference letter, as specified in the original case management plan, is due by **December 30, 2020**; the parties need not submit a monthly report for January 2021 but such reports shall otherwise continue for the duration of the discovery period.

The parties are advised that, given the lengthy extension, no further extension of fact discovery is likely to be granted.

SO ORDERED.                    Date: 07/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE