# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   929.294.2536
DIRECT EMAIL  gtenzer@kaplanhecker.com

August 3, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Feibleman* v. *The Trustees of Columbia University in the City of New York*, No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

    We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43; *see also* ECF 102, 117), we write on behalf of Columbia and Plaintiff (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

    Discovery in this case is ongoing. Since the Parties last submitted a joint report to Your Honor on July 1, 2020 (ECF 112), the Parties have continued to exchange documents. At this time, there are no discovery disputes or issues requiring the Court's intervention.

    The Parties thank the Court for its consideration of this Joint Report.

                                                          Respectfully submitted,

                                                         Gabrielle E. Tenzer

cc: Counsel of Record