**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Civil Action No.: **19-cv-04327-VEC**

**BEN FEIBLEMAN,**

**Plaintiff,**

**v.**

**THE TRUSTEES OF COLUMBIA**
**UNIVERSITY IN THE CITY OF NEW**
**YORK,**

**Defendant.**

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Trustees of

Columbia University in the City of New York ("Columbia") hereby certifies through undersigned

counsel that: (i) Columbia has no parent corporation; and (ii) no publicly held corporation owns

ten percent or more of Columbia's stock.

Dated: August 27, 2020
       New York, New York

_____
Roberta A. Kaplan
Gabrielle E. Tenzer
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com

Michele S. Hirshman
Darren W. Johnson
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1258 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhirshman@paulweiss.com
djohnson@paulweiss.com


*Attorneys for Defendant The Trustees of
Columbia University in the City of New York*