```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BEN FEIBLEMAN,  :
 :
                             Plaintiff,  :
 :
       -against-  :      19-CV-4327 (VEC)
 :
 :      ORDER
THE TRUSTEES OF COLUMBIA UNIVERSITY  :
IN THE CITY OF NEW YORK,  :
 :
                            Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant filed an Answer on August 28, 2020, that contained an inadvertent error, Dkt. 122;

       IT IS HEREBY ORDERED THAT Defendant must re-file its Redacted Answer, no later than **September 1, 2020**. Also by that deadline, Defendant must file on ECF an unredacted version of the Answer, under seal, viewable only to the parties, in accordance with the Court's Individual Rules regarding electronic sealing. The unredacted version should highlight the text that has been redacted in the Redacted Answer.

**SO ORDERED.**

**Date: August 30, 2020**
**New York, New York**
                                             **VALERIE CAPRONI**
                                             **United States District Judge**