USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/2020



**MEMO ENDORSED**

Warshaw Burstein, LLP
575 Lexington Avenue
New York, NY  10022
(212) 984-7700

James E. Figliozzi
Counsel
(212) 984-7792
jfigliozzi@wbny.com

September 1, 2020

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Feibleman v. The Trustees of Columbia University*, 19-CV-4327 (VEC)

Dear Judge Caproni:

We represent Plaintiff Ben Feibleman in the referenced action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43), we write on behalf of Plaintiff and Defendant The Trustees of Columbia University in the City of New York (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

Discovery in this case is ongoing. Since the last Joint Report, the Parties have exchanged supplemental document productions. The Parties have also exchanged correspondence regarding certain alleged deficiencies in their respective document productions. The Parties are hopeful that these issues can be resolved without the need for Court intervention. At this time, there are no discovery disputes or issues requiring the Court's intervention.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

*/s/ James E. Figliozzi*
James E. Figliozzi
Kimberly C. Lau

cc: Counsel for Defendant (*via* ECF)

The Court reminds the parties that the deadline for fact discovery is **Thursday, December 31, 2020**. The next pre-trial conference is scheduled for **Friday, January 8, 2021, at 10:00 A.M.** and the parties' joint-pre-conference letter, as specified in the original case management plan, is due by **Wednesday, December 30, 2020**. *See* Dkt. 117.

The parties are advised that absent extraordinary circumstances, no further extension of fact discovery is likely to be granted.

SO ORDERED.

*[signature]*                                 Date: 09/08/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE