# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE  |  SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883  |  FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

November 16, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Feibleman* v. *The Trustees of Columbia University in the City of New York*, No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. Pursuant to Rule 2C of Your Honor's Individual Practices in Civil Cases, we write to request an extension of approximately six to eight weeks for the current fact discovery cutoff, which is now scheduled for December 31, 2020, so that the parties can continue to focus on resolving this matter through a mediated settlement. While Plaintiff has insisted that we be the party to make this request, Plaintiff does not otherwise object.[1]

While we are mindful of Your Honor's most recent order stating that "no further extension of fact discovery is likely to be granted" (ECF 127), as noted in the parties' November 2 Joint Report (ECF 129), the parties have been engaged in a mediation with the Honorable Daniel Weinstein (Ret.) acting as mediator. While the parties have been unable to reach a settlement so far (including after a full-day mediation session on October 23), the mediation with Judge Weinstein is ongoing and the parties are continuing to make progress toward a possible resolution.

As a result, Columbia respectfully requests that the parties be permitted to continue focusing on these mediation efforts which, if successful, will not only conserve judicial resources, but will allow the parties to avoid expending significant time and resources on depositions in this case. Indeed, it is in large part because of where the parties are in fact discovery (*i.e.*, document discovery largely completed; depositions to be scheduled) that prompted our efforts to mediate in the first place.

---

[1]   The Court has granted two prior extensions of the fact discovery cutoff—the first in connection with a leave taken by Plaintiff's counsel (ECF 68), and the second in connection with the briefing on Plaintiff's Motion for Leave to Amend the Complaint, combined with ongoing difficulties posed by the COVID-19 pandemic (ECF 102, 117).

KAPLAN HECKER & FINK LLP                                                      2

Of course, if the parties' efforts to achieve a settlement ultimately prove to be unsuccessful, then Columbia will work with Plaintiff to promptly schedule depositions and complete fact discovery. We believe that a relatively brief extension of approximately six to eight weeks is warranted to allow time for the parties to determine whether settlement is possible and, if it is not, to provide for an expeditious, but reasonable, deposition schedule taking into account the upcoming holidays and ongoing complications associated with COVID-19. Counsel is available to participate in a phone conference should the Court wish to obtain any further information concerning the status of the mediation or to discuss the case schedule as a whole.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record