**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020

DIRECT DIAL   929.294.2536
DIRECT EMAIL   gtenzer@kaplanhecker.com

**MEMO ENDORSED**

December 1, 2020

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    *Feibleman* v. *The Trustees of Columbia University in the City of New York*, No. 1:19-cv-4327 (VEC) (KHP) (S.D.N.Y.)

Dear Judge Caproni:

      We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. Pursuant to Your Honor's Order dated June 28, 2019 (ECF 43; *see also* ECF 102, 117), we write on behalf of Columbia and Plaintiff (together, the "Parties") to submit this Joint Report on the Status and Progress of Discovery ("Joint Report").

      Since the Parties last submitted a joint report to Your Honor on November 2, 2020 (ECF 129), the Court extended the deadline for fact discovery by six weeks to February 12, 2021 (ECF 131). The Parties are operating with the understanding that the deadline for expert discovery has also been extended by six weeks to April 16, 2021.

      Discovery in this case remains ongoing. On November 18, the parties exchanged privilege logs. And on November 30, Columbia provided Plaintiff with dates for the nine depositions requested by Plaintiff, as well as for Plaintiff's deposition; the depositions are tentatively scheduled to take place from January 6 through the second week in February 2021. At this time, there are no discovery disputes or issues requiring the Court's intervention.

      The Parties also wish to inform the Court that as of the filing of this Joint Report, the mediation before the Hon. Daniel Weinstein (Ret.) remains ongoing and the Parties are continuing their negotiations.

**KAPLAN HECKER & FINK LLP**                                             2

        The Parties thank the Court for its consideration of this Joint Report.

Respectfully submitted,

*/s/ Gabrielle E. Tenzer*

Gabrielle E. Tenzer

cc: Counsel of Record

---

The parties are correct, the deadline to complete expert discovery is extended to April 16, 2021.

SO ORDERED.

*/s/ Valerie Caproni*     Date: December 2, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE