UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN FEIBLEMAN,

                      *Plaintiff*,

v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

                      *Defendant*.

No. 1:19-cv-4327 (VEC) (KHP)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Ben Feibleman and Defendant The Trustees of Columbia University in the City of New York ("Columbia"), that the above-captioned action is voluntarily dismissed with prejudice against Columbia pursuant to Fed. R. Civ. P. 4

Dated: December 23, 2020
       New York, New York

_____         _____
Roberta A. Kaplan                            Kimberly C. Lau

KAPLAN HECKER & FINK LLP          WARSHAW BURSTEIN LLP
350 Fifth Avenue, Suite 7110            575 Lexington Avenue
New York, NY 10118                     New York, NY 10022
(212) 763-0883                             (212) 984-7709
rkaplan@kaplanhecker.com             klau@wbny.com

Michele S. Hirshman                   *Attorney for Plaintiff Ben Feibleman*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
mhirshman@paulweiss.com

*Attorneys for Defendant The Trustees of
Columbia University in the City of New York*