USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BEN FEIBLEMAN,

                     *Plaintiff*,

     v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

                   *Defendant*.

No. 1:19-cv-4327 (VEC) (KHP)

---

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Ben Feibleman and Defendant The Trustees of Columbia University in the City of New York ("Columbia"), that the above-captioned action is voluntarily dismissed with prejudice against Columbia pursuant to Fed. R. Civ. P. 4

Dated: December 23, 2020
        New York, New York

| | |
|---|---|
| *[signature]* <br> Roberta A. Kaplan | *[signature]* <br> Kimberly C. Lau |
| KAPLAN HECKER & FINK LLP <br> 350 Fifth Avenue, Suite 7110 <br> New York, NY 10118 <br> (212) 763-0883 <br> rkaplan@kaplanhecker.com | WARSHAW BURSTEIN LLP <br> 575 Lexington Avenue <br> New York, NY 10022 <br> (212) 984-7709 <br> klau@wbny.com |
| Michele S. Hirshman <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY  10019-6064 <br> (212) 373-3000 <br> mhirshman@paulweiss.com | *Attorney for Plaintiff Ben Feibleman* |
| *Attorneys for Defendant The Trustees of Columbia University in the City of New York* | |

---

This case is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to terminate all open motions and close this case.

SO ORDERED.

*[signature]*     Date: December 23, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE